**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| LIZ DE COSTER, NEMANJA KRSTIC, JOHN MARIANE, OSAHON OJEAGA, and EMMA ZABALLOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-693<br><br>**NOTICE OF RELATED CASE** |

Pursuant to Local Rule 3(g), Plaintiffs Liz De Coster, Nemanja Krstic, John Mariane, Osahon Ojeaga, and Emma Zaballos, individually and on behalf of all others similarly situated ("Plaintiffs") respectfully submit this Notice of Related Case to provide notice of the following case: *Deborah Frame-Wilson et al. v. Amazon.com, Inc.*, No. 20-cv-00424-RAJ (W.D. Wash.) ("*Frame-Wilson*").

*Frame-Wilson* is a putative class action brought under the antitrust laws against Amazon.com, Inc. on behalf of a proposed class of consumers who through retail ecommerce channels other than Amazon.com purchased a product that was concurrently offered for sale by Amazon's third-party sellers on the Amazon.com platform. Plaintiffs' action is brought on behalf of a class of consumers who purchased from Amazon.com a product that was offered for sale by

NOTICE OF RELATED CASE
Case No. 2:21-cv-693
-1-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

1  Amazon's third-party sellers.  Both *Frame-Wilson* and Plaintiffs bring claims for violations of the

2  Sherman Act (15 U.S.C. §§ 1-2), while *Frame-Wilson* also brings claims under state antitrust laws

3  and for unjust enrichment.

4  DATED May 26, 2021

         QUINN EMANUEL URQUHART &
         SULLIVAN, LLP

         By:  */s/ Alicia Cobb*
         Alicia Cobb, WSBA # 48685
         1109 First Avenue, Suite 210
         Seattle, WA 98101
         Telephone: (206) 905-7000
         aliciacobb@quinnemanuel.com

         Steig D. Olson (*pro hac vice forthcoming*)
         David D. LeRay (*pro hac vice forthcoming*)
         Nicolas Siebert (*pro hac vice forthcoming*)
         51 Madison Avenue, 22nd Floor
         New York, NY 10010
         Telephone: (212) 849-7000
         steigolson@quinnemanuel.com

         Adam B. Wolfson (*pro hac vice forthcoming*)
         865 South Figueroa Street, 10th Floor
         Los Angeles, CA 90017-2543
         Telephone: (213) 443-3000
         adamwolfson@quinnemanuel.com

         *Attorneys for Plaintiffs*

NOTICE OF RELATED CASE
CASE NO. 2:21-CV-693
-2-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000