The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, NEMANJA KRSTIC, JOHN MARIANE, OSAHON OJEAGA, and EMMA ZABALLOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00693-RSM<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATION, FILING OF CONSOLIDATED AMENDED COMPLAINT, AND SCHEDULE FOR ANSWER OR MOTION TO DISMISS<br><br>**Note on Motion Calendar**: June 18, 2021 |
| KENNETH DAVID WEST and ROBERT TAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00694-RSM<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR CONSOLIDATION, FILING OF CONSOLIDATED AMENDED COMPLAINT, AND SCHEDULE FOR ANSWER OR MOTION TO DISMISS<br><br>**Note on Motion Calendar**: June 18, 2021 |

STIPULATION AND ORDER FOR
CONSOLIDATON AND SETTING DEADLINES
Case Nos. 2:21-cv-00693; and 2:21-cv-00694
10761-00001/12762271.1 **ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**



1301 Second Avenue, Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

The parties, by and through their counsel, stipulate and agree as follows:

1. Currently pending before this Court are two concurrently filed cases alleging antitrust claims against Amazon.com, Inc., on behalf of a proposed class: (1) *De Coster v. Amazon.com, Inc.*, Case No. 2:21-cv-693 (W.D. Wash., filed May 26, 2021) (the "*De Coster*" Action) and (2) *West v. Amazon.com, Inc.*, Case No. 2:21-cv-694 (W.D. Wash., filed May 26, 2021) (the "*West*" Action). Plaintiffs in both the *De Coster* and the *West* Actions ("Plaintiffs") identified their cases as related to a third proposed class action pending before The Honorable Richard A. Jones: *Frame-Wilson v. Amazon.com, Inc.*, Case No. 2:20-cv-424-RAJ (W.D. Wash., filed March 19, 2020) (the "*Frame-Wilson*" Action).

2. Plaintiffs, along with Defendant Amazon.com, Inc. (together, the "parties"), agree that consolidation of the *De Coster* and *West* Actions is appropriate. Both Actions involve materially similar allegations that, *inter alia*, Defendant required third-party sellers on "Amazon's platform," as Plaintiffs define that term, to agree to restrain competition with "online retail platforms" that compete with Amazon, as a result of which prices on all "platforms" were supracompetitive and Plaintiffs were overcharged for purchases on "Amazon's platform." Amazon denies the material allegations in the *De Coster* and *West* Actions and contests the characterizations in the complaints in those Actions, but acknowledges the overlapping allegations make consolidation appropriate.

3. The First Amended Complaint in the *Frame-Wilson* Action also alleges antitrust claims, that Amazon likewise denies, on behalf of a proposed class of consumers who made purchases on "online retail platforms" that compete with Amazon. Because that action is subject to a pending motion to dismiss, the parties agree that consideration of possible consolidation of the *De Coster* and *West* Actions with *Frame-Wilson* would be premature at this stage. *Benson v. Fischer*, 2019 U.S. Dist. LEXIS 12351, at *7 (D. Minn. Jan. 25, 2019).

4. Plaintiffs in the *De Coster* and *West* Actions have notified the Court of a further related case pending outside the federal court system: *District of Columbia v. Amazon.com, Inc.*, No. 2021 CA 001775 B (Superior Court of the District of Columbia, Civil Division, filed May 25, 2020) ("*District of Columbia*" Action). *See West,* ECF No. 8; *De Coster,* ECF No. 3; *see also*

STIPULATION AND ORDER FOR
CONSOLIDATON AND SETTING DEADLINES - 1
Case Nos. 2:21-cv-00693; and 2:21-cv-00694
10761-00001/12762271.1 **ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

*Frame-Wilson*, ECF No. 30. Although the factual allegations in the *District of Columbia* Action overlap with the allegations in *De Coster*, *West*, and *Frame-Wilson*, the *District of Columbia* Action is not pending in a federal trial court and is therefore not subject to transfer to this District and consolidation.

    5.    Based on the foregoing, the parties hereby stipulate and agree as follows:

        a.    Plaintiffs shall file a consolidated amended class action complaint within 30 days of entry of this order;

        b.    Amazon shall file an answer or otherwise respond within 60 days after Plaintiffs file their consolidated amended class action complaint;

        c.    If Amazon moves to dismiss and Plaintiffs do not amend a second time, Plaintiffs' opposition to any motion to dismiss shall be due 60 days after the deadline for Amazon's motion to dismiss; and

        d.    Amazon shall have 45 days to file its reply brief.

        e.    Alternatively, if Plaintiffs obtain leave to amend further in response to Amazon's motion to dismiss, the parties shall meet and confer and submit a proposed schedule for any answer or response to Plaintiffs' second amended consolidated class action complaint.

        f.    The parties further agree that their Fed. R. Civ. P. 26(f) discovery conference shall occur within thirty days after the earlier of: (a) the filing of Amazon's answer to the consolidated amended complaint in these actions or (b) the Court's disposition of any motion to dismiss filed by Amazon in response to the consolidated amended complaint (or to a second amended complaint) in these actions, provided, however, that if the court in the *District of Columbia* Action permits discovery to go forward in that action before the Fed. R. Civ. P. 26(f) discovery conference in these actions, or the Court in the *Frame-Wilson* action permits discovery to go forward in that action before the Fed. R. Civ. P. 26(f) discovery conference in these actions, the parties will meet and confer to consider

STIPULATION AND ORDER FOR
CONSOLIDATON AND SETTING DEADLINES - 2
Case Nos. 2:21-cv-00693; and 2:21-cv-00694
10761-00001/12762271.1 **ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**



1301 Second Avenue, Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

whether and to what extent Plaintiffs may concurrently pursue discovery here.

DATED this 18th day of June, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/Steve W. Berman*
    Steve W. Berman, WSBA #12536
By: */s/ Barbara A. Mahoney*
    Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

KELLER ROHRBACK L.L.P.

By: */s/ Derek W. Loeser*
    Derek W. Loeser, WSBA No. 24274
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

Zina Bash (pro hac vice pending)
KELLER LENKNER LLC
501 Congress Avenue, Suite 150
Austin, TX, 78701
Telephone: (512) 620-8375
E-mail: zina.bash@kellerlenkner.com

Warren D. Postman (pro hac vice)
Albert Y. Pak (pro hac vice)
KELLER LENKNER LLC
1300 I Street N.W., Suite 400E
Washington DC, 20005
Telephone: (202) 749-8334
E-mail: wdp@kellerlenkner.com
E-mail:albert.pak@kellerlenkner.com

*Attorneys for Plaintiffs Kenneth David West and Robert Taylor*

STIPULATION AND ORDER FOR
CONSOLIDATON AND SETTING DEADLINES - 3
Case Nos. 2:21-cv-00693; and 2:21-cv-00694
10761-00001/12762271.1 **ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**



1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (pro hac vice)
David D. LeRay (pro hac vice)
Nic V. Siebert (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com

Adam B. Wolfson (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Attorneys for Plaintiffs Elizabeth De Coster, Nemanja Krstic, John Mariane, Osahon Ojeaga, and Emma Zaballos*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
By: /s/ *MaryAnn Almeida*
    MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Ph: (206) 622-3150; Fax: (206) 757-7700
E-mail: SteveRummage@dwt.com
E-mail: MaryAnnAlmeida@dwt.com

*Attorneys for Defendant Amazon.com, Inc.*



# ORDER

Pursuant to stipulation, IT IS SO ORDERED.

**DATED** this 21st day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
CONSOLIDATON AND SETTING DEADLINES - 5
Case Nos. 2:21-cv-00693; and 2:21-cv-00694
10761-00001/12762271.1 **ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**



1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594