THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

Case No. 2:21-cv-00693-RSM

ORDER GRANTING MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE



Now before the Court is the plaintiffs' Unopposed Motion for Appointment of Interim Co-Lead Class Counsel and Plaintiffs' Executive Committee for the Proposed Class.

This motion relates to antitrust cases brought by and on behalf of consumers who purchased from Defendant Amazon's retail platform and were harmed by Amazon's anticompetitive conduct.

The Court concludes that Hagens Berman Sobol Shapiro LLP and Keller Lenkner LLC should be appointed, and are hereby appointed, as Interim Co-Lead Class Counsel, and that Quinn Emanuel Urquhart & Sullivan, LLP and Keller Rohrback L.L.P. should be appointed, and are hereby appointed, as members of a Plaintiffs' Executive Committee. The Court concludes that such appointments will aid in achieving efficiency and economy in what is likely to be expensive and complicated litigation, and that such appointments will enhance fairness to all parties concerned, as well as the proposed classes.

In reaching these conclusions, the Court has carefully reviewed the motion and its accompanying submissions, including the declarations and attachments submitted on behalf of the appointed firms, and has also considered the factors outlined in Rule 23(g) of the Federal Rules of Civil Procedure and other authority cited by the plaintiffs. The plaintiffs' submissions demonstrate that the appointed firms satisfy the requirements of Rule 23(g) for appointment as interim lead class counsel. These include the work counsel have done in identifying or investigating potential claims in the action; counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; counsel's knowledge of the applicable law; and the resources that counsel have available and will commit to representing the class.

IT IS SO ORDERED.

DATED this 16th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
MOTION TO APPOINT LEADERSHIP - 1
CASE NO. 2:21-cv-00693-RSM



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292  206.623.0594 FAX