The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-RSM<br><br>STIPULATION AND ORDER EXTENDING TIME FOR REPLY BRIEF ON MOTION TO DISMSS<br><br>***NOTE ON MOTION CALENDAR***:<br>November 18, 2021 |

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs initially filed this lawsuit on May 26, 2021.

2. On June 21, 2021, the Court entered a stipulated order [Dkt. 15] consolidating this case with *West v. Amazon.com, Inc.,* Case No. 2:21-cv-694 ("Stipulated Order").

3. The Stipulated Order provided for Plaintiffs to file a consolidated amended class action complaint within 30 days of entry of the Stipulated Order; for Amazon to file an answer or otherwise respond within 60 days after Plaintiffs file their consolidated amended class action complaint; for Plaintiffs to file their opposition to any motion to dismiss 60 days after Amazon's motion to dismiss, unless Plaintiffs elected to amend a second time; and for Amazon to file its reply brief on its motion to dismiss within 45 days of the opposition.

STIPULATION AND ORDER EXTENDING TIME FOR REPLY BRIEF
ON MOTION TO DISMISS (No. 2:21-cv-00693-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4.	Consistent with the Stipulated Order, Plaintiffs filed their Consolidated Amended Complaint [Dkt. 20] on July 21, 2021.  Amazon thereafter filed its Motion to Dismiss [Dkt. 35] on September 20, 2021.

5.	Plaintiffs have advised Amazon that they intend to oppose Amazon's motion to dismiss rather than seek to amend their complaint a second time.  Plaintiffs will file their opposition to the motion to dismiss on Friday, November 19, 2021, as required under the Stipulated Order.

6.	Pursuant to the Stipulated Order, Amazon's reply in support of its motion to dismiss will be due on or before Monday, January 3, 2022.

7.	Because the existing deadline for Amazon's reply brief falls on the Monday following New Year's Day, Amazon has requested relief from the deadline in light of the year-end holidays.

8.	Plaintiffs have agreed to accommodate this request.  The parties agree, subject to the Court's approval, that Amazon may file its reply brief in support of its motion to dismiss on Tuesday, January 18, 2022, noting the motion for consideration on Friday, January 21, 2022.

IT IS SO STIPULATED.

DATED this 18th day of November 2021.

> DAVIS WRIGHT TREMAINE LLP
> *Attorneys for Amazon.com, Inc.*
>
> By: *s/ Stephen M. Rummage*
> Stephen M. Rummage, WSBA #11168
> MaryAnn Almeida, WSBA #49086
> 920 Fifth Avenue, Suite 3300
> Seattle, WA 98104-1610
> Ph:  (206) 622-3150; Fax:  (206) 757-7700
> E-mail:  SteveRummage@dwt.com
> E-mail:  MaryAnnAlmeida@dwt.com

STIPULATION AND ORDER EXTENDING TIME FOR REPLY BRIEF ON MOTION TO DISMISS (No. 2:21-cv-00693-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | Karen L. Dunn (*pro hac vice*) |
| 3 | William A. Isaacson (*pro hac vice*)<br>Amy J. Mauser (*pro hac vice*) |
| 4 | Martha L. Goodman (*pro hac vice*)<br>Kyle N. Smith (*pro hac vice*) |
| 5 | 2001 K Street, NW<br>Washington, D.C. |
| 6 | Telephone: (202) 223-7300<br>Fax: (202) 223-7420 |
| 7 | E-mail: kdunn@paulweiss.com<br>E-mail: wisaacson@paulweiss.com |
| 8 | E-mail: amauser@paulweiss.com<br>E-mail: mgoodman@paulweiss.com |
| 9 | E-mail: ksmith@paulweiss.com |
| 10 | *Attorneys for Amazon.com, Inc.* |

HAGENS BERMAN SOBOL SHAPIRO LLP
*Attorneys for Plaintiffs*

By: *s/ Steve W. Berman*
 Steve W. Berman, WSBA #12536
 Barbara A. Mahoney, WSBA #31845
 1301 Second Avenue, Suite 2000
 Seattle, WA 98101
 Ph: (206) 623-7292; Fax: (206) 623-0594
 E-mail: steve@hbsslaw.com
 E-mail: barbaram@hbsslaw.com

KELLER LENKNER LLC

Zina G. Bash (pro hac vice)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerlenkner.com

Warren D. Postman (pro hac vice)
Albert Y. Pak (pro hac vice)
1100 Vermont Avenue, N.W., 12th Floor
Washington DC, 20005
Telephone: (202) 918-1123
E-mail: wdp@kellerlenkner.com
E-mail: albert.pak@kellerlenkner.com

*Interim Lead Counsel for Plaintiffs*

STIPULATION AND ORDER EXTENDING TIME FOR REPLY BRIEF
ON MOTION TO DISMISS (No. 2:21-cv-00693-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (pro hac vice)
David D. LeRay (pro hac vice)
Nic V. Siebert (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com

Adam B. Wolfson (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

KELLER ROHRBACK L.L.P.

By:   */s/ Derek W. Loeser*
Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Dloeser@kellerrohrback.com

*Plaintiffs' Executive Committee Members*

STIPULATION AND ORDER EXTENDING TIME FOR REPLY BRIEF ON MOTION TO DISMISS (No. 2:21-cv-00693-RSM) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 18th day of November, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME FOR REPLY BRIEF
ON MOTION TO DISMISS (No. 2:21-cv-00693-RSM) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax