The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Defendant. | CLASS ACTION<br><br>Case No. 2:21-cv-00693-RSM<br><br>**STIPULATED MOTION AND ORDER TO DEFER THE DEADLINE TO FILE A CLASS CERTIFICATION MOTION**<br><br>NOTE ON MOTION CALENDAR:<br>November 23, 2021 |

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs initially filed this lawsuit on May 26, 2021.

2. On June 21, 2021, the Court entered a stipulated order [Dkt. 15] consolidating this case with *West v. Amazon.com, Inc.,* Case No. 2:21-cv-694 ("Stipulated Order").

3. As permitted by the Stipulated Order, Plaintiffs filed their consolidated amended complaint [Dkt. 20] on July 21, 2021.

4. Plaintiffs intend to seek to certify a nationwide class of all persons who, on or after May 26, 2017, purchased one or more goods on Amazon's marketplace.

STIPULATED MOTION AND ORDER TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 1
Case No. 2:21-cv-00693-RSM
010888-11/1706935 V2



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292   206.623.0594 FAX

5. Under Local Rule 23(i)(3), the presumptive deadline for Plaintiffs to file a motion for class certification is 180 days from the date of filing, absent a Court order deferring the deadline. If set by the original filing, the deadline was November 22, 2021. If set by the date of filing the consolidated amended complaint, the deadline is January 18, 2022.

6. Good cause exists to extend the presumptive class certification deadline because the Stipulated Order extended the deadline for Amazon to respond to the complaint and for the parties' respective briefing on any motion to dismiss. Consistent with that extension, Amazon filed a motion to dismiss [Dkt. 35] pursuant to Fed. R. Civ. P. 12(b)(6) on September 20, 2021, and the Court permitted a further extension that allows Amazon to file its reply brief by January 18, 2022 [Dkt. 38], so that motion will not be fully briefed until after expiration of the presumptive deadline for the class certification motion established by Local Rule 23(i)(3).

7. Good cause also exists to extend the presumptive class certification deadline because the issues raised in the consolidated amended complaint will require discovery before Plaintiffs can file their class certification motion, and any expert reports filed in connection with the class certification motion will need to be grounded in facts disclosed during discovery.

8. Having met and conferred, the parties have therefore agreed, subject to the Court's approval, to stipulate to request the Court to vacate the current class certification deadline prescribed by the local rule. The parties further agree that if the Court denies Amazon's motion to dismiss Plaintiffs' consolidated amended complaint, they will propose a class certification-briefing schedule promptly following the Court's disposition of the motion.

STIPULATED MOTION AND ORDER TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 2
Case No. 2:21-cv-00693-RSM
010888-11/1706935 V2


HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292    206.623.0594 FAX

DATED: November 23, 2021

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/Steve W. Berman
    Steve W. Berman, WSBA #12536
By:   /s/ Barbara A. Mahoney
    Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile : (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

KELLER LENKNER LLC

Zina G. Bash (pro hac vice)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerlenkner.com

Warren D. Postman (pro hac vice)
Albert Y. Pak (pro hac vice)
1100 Vermont Avenue, N.W., 12th Floor
Washington DC, 20005
Telephone: (202) 918-1123
E-mail: wdp@kellerlenkner.com
E-mail: albert.pak@kellerlenkner.com

*Interim Lead Counsel for Plaintiffs*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Alicia Cobb
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (pro hac vice)
David D. LeRay (pro hac vice)
Nic V. Siebert (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com

STIPULATED MOTION TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 3
Case No. 2:21-cv-00693-RSM
010888-11/1706935 V2



HAGENS BERMAN
1301 Second Avenue, Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Adam B. Wolfson (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

KELLER ROHRBACK L.L.P.

By: */s/ Derek W. Loeser*
      Derek W. Loeser, WSBA No. 24274
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384
E-mail:  Dloeser@kellerrohrback.com

*Plaintiffs' Executive Committee Members*

DAVIS WRIGHT TREMAINE LLP

By: */s/ Stephen M. Rummage*
      Stephen M. Rummage, WSBA #11168
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Ph: (206) 622-3150; Fax: (206) 757-7700
E-mail: SteveRummage@dwt.com
E-mail: MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C.
Telephone: (202) 223-7300
Fax: (202) 223-7420
E-mail: kdunn@paulweiss.com
E-mail: wisaacson@paulweiss.com
E-mail: amauser@paulweiss.com
E-mail: mgoodman@paulweiss.com
E-mail: ksmith@paulweiss.com

*Attorneys for Amazon.com, Inc.*

STIPULATED MOTION TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 4
Case No. 2:21-cv-00693-RSM
010888-11/1706935 V2



HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

# ORDER

Pursuant to stipulation, IT IS SO ORDERED.

The Court hereby vacates the November 22, 2021 deadline for Plaintiffs to file their motion for class certification.

The parties shall propose a class certification briefing schedule promptly following disposition of Amazon's motion to dismiss Plaintiffs' consolidated amended complaint, should the Court deny that motion.

**DATED** this 30th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE
STIPULATED MOTION TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 5
Case No. 2:21-cv-00693-RSM
010888-11/1706935 V2



HAGENS BERMAN
1301 Second Avenue, Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

                                    */s/ Steve W. Berman*
                                    Steve W. Berman

STIPULATED MOTION TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 6
Case No. 2:21-cv-00693-RSM
010888-11/1706935 V2



HAGENS BERMAN
1301 Second Avenue, Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594