The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-RSM<br><br>**NOTICE OF PENDENCY OF OTHER ACTION** |



Pursuant to LCR 3(h), Plaintiffs hereby submit this notice of a pending, related case in King County Superior Court. The related case is *State of Washington v. Amazon.com, Inc.*, No. 22-2-01281-1, State of Washington King County Superior Court ("*State of Washington Action*"), attached hereto as Exhibit A.

The *State of Washington Action* is a sovereign enforcement action by the Attorney General of the State of Washington against Amazon for violations of the Washington Consumer Protection Act, RCW 19.86.030. The *State of Washington Action* alleges that Amazon entered into a consignment agreement with third-party sellers, and that their agreement fixed prices at artificially high rates without regard to changes that would affect price in a competitive market, such as changes in things like increasing supply levels and decreasing demand. Like Plaintiffs, the *State of Washington Action* alleges that Amazon's agreement with its third-party sellers is a *per se* price-fixing contract between horizontal competitors. And like Plaintiffs, the *State of Washington Action* alleges that Amazon's agreement with its third-party sellers increased prices on and off of Amazon's marketplace platform, so that consumers paid more for those products than they otherwise would have paid in a competitive market. The Attorney General and Amazon entered a consent decree to resolve their disputes, attached hereto as Exhibit B.

While the factual allegations in the *State of Washington Action* are similar to those in this action, it is a state action, arising under state law and not subject to a transfer of venue within the federal court system. Plaintiffs are therefore unaware of any procedure that would permit coordination between the actions.

NOTICE OF PENDENCY OF OTHER ACTION - 1
Case No. 2:21-cv-00693-RSM



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX

| | | |
|---|---|---|
| 1 | DATED: January 27, 2022 | Respectfully submitted, |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | By     /s/ Steve W. Berman |
| 4 | |  Steve W. Berman (WSBA No. 12536) |
| | |  /s/ Barbara A. Mahoney |
| 5 | |  Barbara A. Mahoney (WSBA No. 31845) |
| | | 1301 Second Avenue, Suite 2000 |
| 6 | | Seattle, WA 98101 |
| | | Telephone: (206) 623-7292 |
| 7 | | Facsimile: (206) 623-0594 |
| | | steve@hbsslaw.com |
| 8 | | barbaram@hbsslaw.com |
| 9 | | KELLER LENKNER LLC |
| 10 | | |
| 11 | | Zina G. Bash (pro hac vice) |
| | | 111 Congress Avenue, Suite 500 |
| 12 | | Austin, TX, 78701 |
| | | Telephone: (512) 690-0990 |
| 13 | | E-mail: zina.bash@kellerlenkner.com |
| 14 | | Warren D. Postman (pro hac vice) |
| | | Albert Y. Pak (pro hac vice) |
| 15 | | 1100 Vermont Avenue, N.W., 12th Floor |
| | | Washington DC, 20005 |
| 16 | | Telephone: (202) 918-1123 |
| | | E-mail: wdp@kellerlenkner.com |
| 17 | | E-mail: albert.pak@kellerlenkner.com |
| 18 | | |
| | | *Interim Lead Counsel for Plaintiffs* |
| 19 | | |
| | | QUINN EMANUEL URQUHART & |
| 20 | | SULLIVAN, LLP |
| 21 | | |
| | | By:    /s/ Alicia Cobb |
| 22 | | Alicia Cobb, WSBA # 48685 |
| | | 1109 First Avenue, Suite 210 |
| 23 | | Seattle, WA 98101 |
| | | Telephone: (206) 905-7000 |
| 24 | | Email: aliciacobb@quinnemanuel.com |

NOTICE OF PENDENCY OF OTHER ACTION - 2
Case No. 2:21-cv-00693-RSM



| | |
|---|---|
| 1 | Steig D. Olson (pro hac vice) |
| 2 | David D. LeRay (pro hac vice) |
| | Nic V. Siebert (pro hac vice) |
| 3 | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| 4 | Telephone: (212) 849-7000 |
| 5 | Email: steigolson@quinnemanuel.com |

Steig D. Olson (pro hac vice)
David D. LeRay (pro hac vice)
Nic V. Siebert (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com

Adam B. Wolfson (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

KELLER ROHRBACK L.L.P.

By: /s/ Derek W. Loeser
Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Dloeser@kellerrohrback.com

*Plaintiffs' Executive Committee Members*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Peggy J. Wedgworth*
Elizabeth McKenna*
Robert A. Wallner*
Blake Hunter Yagman*
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 212-594-5300
pwedgworth@milberg.com
emckenna@milberg.com
rwallner@milberg.com
byagman@milberg.com
*Pro Hac Vice Forthcoming*

*Attorneys for Megan Smith*

NOTICE OF PENDENCY OF OTHER ACTION - 3
Case No. 2:21-cv-00693-RSM



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

<u>*/s/ Steve W. Berman*</u>
Steve W. Berman

NOTICE OF PENDENCY OF OTHER ACTION - 4
Case No. 2:21-cv-00693-RSM



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX