The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH DE COSTER, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

No. 2:21-cv-00693-RSM

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER TO PREVENT DISCOVERY OF PRESCRIPTIONS AND LIMIT DISCOVERY OF BRICK-AND-MORTAR PURCHASES**

[PROPOSED] ORDER GRANTING
MOTION FOR PROTECTIVE ORDER
CASE NO. 2:21-CV-00693-RSM
010888-11/2236683 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

Now before the Court is the Plaintiffs' Motion for a Protective Order to Prevent Discovery of Prescriptions and Limit Discovery of Brick-and-Mortar Purchases. The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action,

NOW, therefore, it is ORDERED and ADJUDGED:

Plaintiffs' Motion for a Protective Order to Prevent Discovery of Prescriptions and Limit Discovery of Brick-and-Mortar Purchases is GRANTED.  Amazon may not conduct discovery of any purchases Plaintiffs made through a prescription. The Court further orders that Plaintiffs are relieved of any duty to preserve, search or provide paper records concerning their brick-and-mortar purchases.

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
Hon. Ricardo S. Martinez
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION FOR PROTECTIVE ORDER - 1
CASE NO. 2:21-cv-00693-RSM
010888-11/2236683 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX