The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:21-cv-00693-RSM |
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:20-cv-00424-RSM<br><br>**STIPULATED MOTION AND ORDER RELATING TO DATA STORAGE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 18, 2023** |

STIPULATED MOTION RE DATA STORAGE
Case Nos. 2:21-cv-00693 and 2:21-cv-00694

**Error! Unknown document property name.**

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

The parties, by and through their counsel, stipulate and agree as follows.

1. The parties have met and conferred about the logistics regarding the transfer of large electronic files with respect to Amazon's forthcoming data production.

2. The parties contemplate that Plaintiffs will store data produced in these matters in an Amazon Web Services ("AWS") S3 storage space.

3. Plaintiffs' experts contemplate performing analyses on such data within that storage space.

IT IS HEREBY STIPULATED AND AGREED, and the Parties ask the Court to order, that:

    a. Amazon personnel with responsibility for this litigation shall not access or view that AWS S3 storage space, except to upload data to it, nor will they monitor Plaintiffs' storage space to obtain information about how Plaintiffs are putting data to use for purposes of litigation analyses;

    b. If, despite their forbearance, Amazon personnel with responsibility for this litigation nonetheless obtain such information, Amazon's counsel shall promptly notify Plaintiffs' counsel; and

    c. The data will otherwise be subject to Amazon's standard data and privacy protections and procedures.

DATED this 18th day of July, 2023    HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
barbaram@hbsslaw.com



Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC
Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Warren D. Postman (*pro hac vice*)
Albert Y. Pak (*pro hac vice*)
1100 Vermont Avenue, N.W., 12th Floor
Washington DC, 20005
Telephone: (202) 918-1123
E-mail: wdp@kellerpostman.com
E-mail: albert.pak@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Jason A. Zweig (*pro hac vice*)
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: jaz@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Classes*

KELLER ROHRBACK L.L.P.

By:   */s/ Derek W. Loeser*
       Derek W. Loeser, WSBA No. 24274
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail:  Dloeser@kellerrohrback.com

STIPULATED MOTION RE DATA STORAGE - 2
Case Nos. 2:21-cv-00693 and 2:21-cv-00694



|   |   |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 |  |
| 3 | By: /s/ *Alicia Cobb* |
|   |       Alicia Cobb, WSBA # 48685 |
| 4 | 1109 First Avenue, Suite 210 |
|   | Seattle, WA 98101 |
| 5 | Telephone: (206) 905-7000 |
|   | Email: aliciacobb@quinnemanuel.com |

```
1                                QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP
2
3                                By:  /s/ Alicia Cobb
                                        Alicia Cobb, WSBA # 48685
4                                1109 First Avenue, Suite 210
                                 Seattle, WA 98101
5                                Telephone: (206) 905-7000
                                 Email: aliciacobb@quinnemanuel.com
6
                                 Steig D. Olson (pro hac vice)
7                                David D. LeRay (pro hac vice)
                                 Nic V. Siebert (pro hac vice)
8                                Maxwell P. Deabler-Meadows (pro hac vice)
                                 51 Madison Avenue, 22nd Floor
9                                New York, NY 10010
                                 Telephone: (212) 849-7000
10                               Email: steigolson@quinnemanuel.com
                                 Email: davidleray@quinnemanuel.com
11                               Email: nicolassiebert@quinnemanuel.com
                                 Email: maxmeadows@quinnemanuel.com
12
13
                                 Adam B. Wolfson (pro hac vice)
14                               865 South Figueroa Street, 10th Floor
                                 Los Angeles, CA 90017-2543
15                               Telephone: (213) 443-3000
                                 Email: adamwolfson@quinnemanuel.com
16
17                               Interim Executive Committee for Plaintiffs and the
                                 proposed Classes
18
19                               DAVIS WRIGHT TREMAINE LLP

20                               By:    /s/ MaryAnn Almeida
                                        John A. Goldmark, WSBA # 40980
21                                      MaryAnn Almeida, WSBA #49086
                                 920 Fifth Avenue, Suite 3300
22                               Seattle, WA 98104-1610
                                 Telephone: (206) 622-3150
23                               Facsimile: (206) 757-7700
                                 E-mail: JohnGoldmark@dwt.com
24                               E-mail: MaryAnnAlmeida@dwt.com
25
26
27
28

   STIPULATED MOTION RE DATA STORAGE - 3
   Case Nos. 2:21-cv-00693 and 2:21-cv-00694
```



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

|   |   |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | |
| 3 | By: /s/ *Karen L. Dunn*<br>Karen L. Dunn (*pro hac vice*) |
| 4 | William A. Isaacson (*pro hac vice*)<br>Amy J. Mauser (*pro hac vice*) |
| 5 | Martha L. Goodman (*pro hac vice*)<br>Kyle Smith (*pro hac vice*) |
| 6 | 2001 K Street, NW<br>Washington, D.C. 20006-1047 |
| 7 | Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420 |
| 8 | E-mail:  kdunn@paulweiss.com<br>E-mail:  wisaacson@paulweiss.com |
| 9 | E-mail:  amauser@paulweiss.com<br>E-mail:  mgoodman@paulweiss.com |
|   | E-mail:  ksmith@paulweiss.com |
|   | *Attorneys for Defendant Amazon.com, Inc.* |

STIPULATED MOTION RE DATA STORAGE - 4
Case Nos. 2:21-cv-00693 and 2:21-cv-00694



**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 19th day of July, 2023.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2023, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

                                              /s/ *Steve W. Berman*
                                              Steve W. Berman



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX