The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING MODIFIED CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>September 5, 2023 |

STIPULATED MOTION AND ORDER
REGARDING MODIFIED CLASS CERTIFICATION
BRIEFING SCHEDULE
Case No. 2:21-cv-00693-RSM



The Parties, by and through their counsel, stipulate and agree as follows:

1. The Parties agree good cause justifies an extension of the Court's current class certification briefing schedule to provide Plaintiffs with sufficient time to prepare their papers following Amazon's largely forthcoming production of voluminous structured data. As described in greater detail below, the Parties have acted diligently and in good faith to advance discovery in preparation for class certification and propose modifying the schedule as follows:

| | Current Schedule (ECF 61) | Proposed Scheduled |
|---|---|---|
| Deadline for Plaintiffs to file motion for class certification | October 30, 2023 | March 7, 2024 |
| Opposition to Motion to Certify Class | January 12, 2024 | June 7, 2024 |
| Reply in Support of Motion to Certify Class | March 12, 2024 | August 7, 2024 |
| Hearing on Motion to Certify Class | To be set by the Court after briefing completed | To be set by the Court after briefing completed |

2. Plaintiffs served Amazon with requests for large amounts of structured data; Plaintiffs believe these data are critically important for their expert's analysis of the impact and damages of alleged restraints (including the former Parity Provision and the Marketplace Fair Pricing Policy) for their class certification motion. Given Plaintiffs' understandable unfamiliarity with the content and structure of Amazon's internal data, Plaintiffs' requests did not match the data as it existed. After Amazon served its Responses and Objections, over an eight-month period, the Parties met and conferred at least a dozen times and exchanged nearly one hundred letters and emails regarding Amazon's production of structured data. This process was collaborative, iterative, and aimed at identifying existing Amazon data that Plaintiffs believe would facilitate their intended analyses.

3. By mid-July 2023, the Parties agreed on the parameters of Amazon's production of all but one of the structured data sets to be produced except for two fields that Amazon is investigating (the "agreed-to data sets"). Regarding the remaining data set, the Parties subsequently agreed in principle on the data to be produced, but continue to investigate and

STIPULATED MOTION AND ORDER
REGARDING MODIFIED CLASS CERTIFICATION
BRIEFING SCHEDULE - 1
Case No. 2:21-cv-00693-RSM

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

1  discuss the specific fields and the date range of that production. As before, the Parties are
2  committed to working with each other in good faith to resolve these questions.

3      4.    Because of the complexity and size of the data sets, massive amounts of computer
4  processing power are necessary for the custom-built queries to process the data. Amazon is now
5  querying and producing the agreed-to data sets and has already produced one of the data sets
6  Plaintiffs requested.[1] Amazon currently estimates that it will take until the end of October 2023
7  for the queries to run to completion for the agreed-to data sets, although that estimate is subject
8  to a margin of error due to computing processing times. As the agreed-to data sets are ready for
9  production, Amazon will produce them to Plaintiffs on a rolling basis. As to the remaining data
10 set the Parties are continuing to investigate and discuss, the Parties do not currently have an
11 estimated date of production, but expect the production of that data set to proceed expeditiously
12 once the agreed-to data sets have been produced.

13      5.    Because the agreed-to data sets are not expected to be produced until close to the
14 current deadline for Plaintiffs' class certification motion, the Parties request an extension of
15 about four months to the Parties' class certification deadlines, as reflected in the above chart.

16      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties,
17 through their undersigned counsel of record, and the Parties ask the Court to order, that:

18      1.    The deadline for Plaintiffs to file their class certification motion is extended to
19 March 7, 2024.

20      2.    The deadline for Amazon to respond to Plaintiffs' motion is June 7, 2024.

21      3.    The deadline for Plaintiffs' reply brief is August 7, 2024.

---

[1] As an interim measure—so that Plaintiffs could begin some amount of data work while awaiting Amazon's data productions—Amazon agreed to produce several pre-existing data sets. Those transfers were completed by August 16, 2023.

STIPULATED MOTION AND ORDER
REGARDING MODIFIED CLASS CERTIFICATION
BRIEFING SCHEDULE - 2
Case No. 2:21-cv-00693-RSM

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

1    IT IS SO STIPULATED.

2    DATED: September 5, 2023          HAGENS BERMAN SOBOL SHAPIRO LLP

3                                     By /s/ *Steve W. Berman*
                                         Steve W. Berman (WSBA No. 12536)
4                                     By /s/ *Barbara A. Mahoney*
                                         Barbara A. Mahoney (WSBA No. 31845)
5                                     1301 Second Avenue, Suite 2000
                                      Seattle, WA 98101
6                                     Telephone: (206) 623-7292
                                      Facsimile: (206) 623-0594
7                                     E-mail: steve@hbsslaw.com
                                              barbaram@hbsslaw.com
8

9                                     Anne F. Johnson (*pro hac vice*)
                                      68 3rd Street, Suite 249
10                                    Brooklyn, NY 11231
                                      Telephone: (718) 916-3520
11                                    E-mail: annej@hbsslaw.com

12                                    KELLER POSTMAN LLC
13
                                      Zina G. Bash (*pro hac vice*)
14                                    111 Congress Avenue, Suite 500
                                      Austin, TX, 78701
15                                    Telephone: (512) 690-0990
                                      E-mail: zina.bash@kellerpostman.com
16

17                                    Warren D. Postman (*pro hac vice*)
                                      Albert Y. Pak (*pro hac vice*)
18                                    1100 Vermont Avenue, N.W., 12th Floor
                                      Washington DC, 20005
19                                    Telephone: (202) 918-1123
                                      E-mail: wdp@kellerpostman.com
20                                    E-mail: albert.pak@kellerpostman.com
21

22                                    Jessica Beringer (*pro hac vice*)
                                      150 N. Riverside Plaza, Suite 4100
23                                    Chicago, Illinois 60606
                                      (312) 741-5220
24                                    E-mail: jessica.beringer@kellerpostman.com

25
                                      *Interim Co-Lead Counsel for Plaintiffs and the*
26                                    *proposed Class*

27

28   STIPULATED MOTION AND ORDER
     REGARDING MODIFIED CLASS CERTIFICATION
     BRIEFING SCHEDULE - 3
     Case No. 2:21-cv-00693-RSM



KELLER ROHRBACK L.L.P.

By: /s/ *Derek W. Loeser*
    Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

STIPULATED MOTION AND ORDER
REGARDING MODIFIED CLASS CERTIFICATION
BRIEFING SCHEDULE - 4
Case No. 2:21-cv-00693-RSM



|   |   |
|---|---|
| 1 | DAVIS WRIGHT TREMAINE LLP |
| 2 | By:/s/ *MaryAnn Almeida* |
| 3 |    MaryAnn Almeida, WSBA #49086 |
|   | 920 Fifth Avenue, Suite 3300 |
| 4 | Seattle, WA 98104-1610 |
|   | Telephone: (206) 622-3150 |
| 5 | Facsimile: (206) 757-7700 |
|   | E-mail: SteveRummage@dwt.com |
| 6 | E-mail: JohnGoldmark@dwt.com |
| 7 | E-mail: MaryAnnAlmeida@dwt.com |
| 8 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 9 |   |
| 10 | Karen L. Dunn (*pro hac vice*) |
|    | William A. Isaacson (*pro hac vice*) |
| 11 | Amy J. Mauser (*pro hac vice*) |
|    | Martha L. Goodman (*pro hac vice*) |
| 12 | Kyle Smith (*pro hac vice*) |
|    | 2001 K Street, NW |
| 13 | Washington, D.C. 20006-1047 |
|    | Telephone: (202) 223-7300 |
| 14 | Facsimile: (202) 223-7420 |
| 15 | E-mail: kdunn@paulweiss.com |
|    | E-mail: wisaacson@paulweiss.com |
| 16 | E-mail: amauser@paulweiss.com |
|    | E-mail: mgoodman@paulweiss.com |
| 17 | E-mail: ksmith@paulweiss.com |
| 18 | *Attorneys for Defendant Amazon.com, Inc.* |

STIPULATED MOTION AND ORDER
REGARDING MODIFIED CLASS CERTIFICATION
BRIEFING SCHEDULE - 5
Case No. 2:21-cv-00693-RSM



**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 6th day of September, 2023.

                                                RICARDO S. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2023, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

                                                /s/ *Steve W. Berman*
                                                Steve W. Berman



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX