UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |

STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - 1

**STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1.  The parties agree that good cause justifies an extension of the Court's current class certification briefing schedule, including to allow sufficient time to coordinate depositions with other litigation, including the appropriate depositions before a class certification motion. In a prior stipulation the parties agreed to "coordinate depositions of Amazon witnesses with the plaintiffs in *Mbadiwe v. Amazon*, and *People of California v. Amazon* with respect to claims arising from Amazon's agreements with third-party sellers so long as (1) it is feasible to do so, (2) there is acceptance by the plaintiff groups, and (3) it does not impede the W.D. Wash. Plaintiffs' ability to take depositions in an orderly manner consistent with their case schedules." Dkt. 87 ¶ 3. The parties seek an adjustment of the class certification briefing schedule to make coordinated depositions more feasible. They are, however, still working out the amount of time that will be needed to achieve coordination of the depositions that Plaintiffs believe are needed before filing their class certification motion.

2.  In the interim, to provide certainty to the parties and avoid motion practice while they discuss the additional adjustment to the schedule, the parties agree to a minimum two-month extension of the current briefing deadlines.

3.  The parties propose an interim modification of the schedule as follows:

|  | **Current Schedule (Dkt. 98)** | **Proposed Schedule** |
|---|---|---|
| Deadline for Plaintiffs to file motion for class certification | March 7, 2024 | May 7, 2024 |
| Opposition to Motion to Certify Class | June 7, 2024 | August 7, 2024 |
| Reply in Support of Motion to Certify Class | August 7, 2024 | October 7, 2024 |
| Hearing on Motion to Certify Class | To be set by the Court after briefing completed | To be set by the Court after briefing completed |

STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - 2

4.  Upon completion of the parties' discussions, they will proceed to make any further schedule proposals to the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1. The deadline for Plaintiffs to file their class certification motion is extended to May 7, 2024.

2. The deadline for Amazon to respond to Plaintiffs' motion is August 7, 2024.

3. The deadline for Plaintiffs' reply brief is October 7, 2024.

IT IS SO STIPULATED.

DATED: January 25, 2024          HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
       barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

1  Jessica Beringer (*pro hac vice*)
   Shane Kelly (*pro hac vice*)
2  150 North Riverside Plaza, Suite 4100
   Chicago, Illinois 60606
3  Telephone: (312) 741-5220
4  E-mail: Jessica.Beringer@kellerpostman.com
   E-mail: shane.kelly@kellerpostman.com
5
   Daniel Backman (*pro hac vice*)
6  1101 Connecticut Avenue, N.W., Suite 1100
   Washington, D.C., 20036
7  Telephone: 202-918-1123
8  E-mail: Daniel.Backman@kellerpostman.com

9  *Interim Co-Lead Counsel for Plaintiffs and the proposed Class*
10
11 KELLER ROHRBACK L.L.P.

12 By:/s/ *Derek W. Loeser*
       Derek W. Loeser (WSBA No. 24274)
13 1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
14 Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
15 E-mail: Dloeser@kellerrohrback.com
16
   QUINN EMANUEL URQUHART &
17 SULLIVAN, LLP

18 By:/s/ *Alicia Cobb*
       Alicia Cobb, WSBA # 48685
19 1109 First Avenue, Suite 210
20 Seattle, WA 98101
   Telephone: (206) 905-7000
21 Email: aliciacobb@quinnemanuel.com

22 Steig D. Olson (*pro hac vice*)
23 David D. LeRay (*pro hac vice*)
   Nic V. Siebert (*pro hac vice*)
24 Maxwell P. Deabler-Meadows (*pro hac vice*)
   51 Madison Avenue, 22nd Floor
25 New York, NY 10010
26 Telephone: (212) 849-7000
   Email: steigolson@quinnemanuel.com
27 Email: davidleray@quinnemanuel.com
   Email: nicolassiebert@quinnemanuel.com
28 Email: maxmeadows@quinnemanuel.com

STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - 4

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By:/s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email: kdunn@paulweiss.com
Email: wisaacson@paulweiss.com
Email: amauser@paulweiss.com
Email: mgoodman@paulweiss.com
Email: ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 25, 2024

_____
John H. Chun
UNITED STATES DISTRICT JUDGE