1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.,* on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>     vs.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                                Defendant. | No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR CONSOLIDATED AMENDED COMPLAINT** |

Before the Court is Plaintiffs' Motion For Leave To Amend Their Consolidated Amended Complaint.  Dkt. # 113.  Defendant does not oppose the motion.  Dkt. # 119.  The Court GRANTS the motion.  Within ten (10) days of this order, Plaintiffs may to file their Second Consolidated Complaint Amended (substantively in the form of Exhibit A to the Motion).  The Court is aware of Defendant's Cross-Motion to Extend the Deadline to Respond to Plaintiffs' Amended Complaint.  *See id*.  The Court plans to rule on that cross-motion on or after its noting date of April 26, 2024.

Dated this 19th day of April, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE