1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING
Case No. 2:21-cv-00693-JHC

The parties, by and through their counsel, have agreed and stipulate as follows:

1. The Court previously granted the parties' request to extend the deadlines for the class certification briefing schedule by two months to allow parties time to discuss coordination of depositions of Amazon witnesses with plaintiffs in other related cases. The parties are still discussing coordination of the related cases and this matter, including the appropriate schedule for briefing class certification and scheduling attendant depositions.

2. To avoid motion practice while the parties discuss the appropriate deposition and briefing schedules, the parties agree to a one-month extension of the currently set class certification briefing deadlines.

3. The parties propose an interim modification of the schedule as follows:

|  | **Current Schedule (ECF 108)** | **Proposed Schedule[1]** |
| --- | --- | --- |
| Deadline for Plaintiffs to file motion for class certification | May 7, 2024 | June 7, 2024 |
| Opposition to Motion to Certify Class | August 7, 2024 | September 9, 2024 |
| Reply in Support of Motion to Certify Class | October 7, 2024 | November 11, 2024 |
| Hearing on Motion to Certify Class | To be set by the Court after briefing completed | To be set by the Court after briefing completed |

4. This interim extension will allow time for the parties to work on a proposal for deposition and a class certification briefing schedules.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, and the Parties ask the Court to order, that:

1. The interim deadline for Plaintiffs to file their class certification motion is extended to June 7, 2024.

---

[1] The parties have adjusted the dates to avoid deadlines on weekends.

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 1
Case No. 2:21-cv-00693-JHC

2. The interim deadline for Amazon to respond to Plaintiffs' motion is August 7, 2024.

3. The interim deadline for Plaintiffs' reply brief is October 7, 2024.

IT IS SO STIPULATED.

DATED: April 19, 2024          HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
        barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

Daniel Backman (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Daniel.Backman@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

KELLER ROHRBACK L.L.P.

By: /s/ *Derek W. Loeser*
     Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alicia Cobb*
     Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 3
Case No. 2:21-cv-00693-JHC

DAVIS WRIGHT TREMAINE LLP

By: /s/ John A. Goldmark
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile:  (206) 757-7700
E-mail:  SteveRummage@dwt.com
E-mail:  JohnGoldmark@dwt.com
E-mail:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420
E-mail:  kdunn@paulweiss.com
E-mail:  wisaacson@paulweiss.com
E-mail:  amauser@paulweiss.com
E-mail:  mgoodman@paulweiss.com
E-mail:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 4
Case No. 2:21-cv-00693-JHC

# **ORDER**

Pursuant to stipulation, the Court ORDERS as follows:

1. The interim deadline for Plaintiffs to file their class certification motion is extended to June 7, 2024.

2. The interim deadline for Amazon to respond to Plaintiffs' motion is September 9, 2024.

3. The interim deadline for Plaintiffs' reply brief is November 11, 2024.

4. The Court assumes that the dates in paragraphs 2 and 3 above, just above counsel's signature blocks, are typographical errors.

Dated: April 22, 2024.

                                            John H. Chun
                                            United States District Judge