The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND THE DEADLINE FOR AMAZON TO RESPOND TO SECOND CONSOLIDATED AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR**:<br>April 22, 2024 |

### **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties and their respective counsel hereby stipulate and agree to extend the deadline for Amazon to respond to Plaintiffs' Second Consolidated Amended Complaint ("SCAC") and set briefing schedule, subject to the Court's approval.

1.  On April 2, 2024, Plaintiffs filed their motion for leave to amend their complaint. [Dkt. 113]

2.  On April 15, 2024, Amazon filed a Response to Plaintiffs' motion to amend and cross-motion requesting an order extending the deadline for Amazon to respond to Plaintiffs' SCAC. [Dkt. 119]

STIPULATED MOTION & ORDER
TO EXTEND DEADLINE AND SET BRIEFING SCHEDULE
(No. 2:21-cv-00693-JHC) - 1

3. In Amazon's response and cross-motion, Amazon consented to Plaintiffs amending their complaint, but explained that the parties disagreed on the deadline for Amazon to respond to Plaintiffs' SCAC. [*Id.*]

4. The Court granted Plaintiffs' motion for leave to amend on April 19, 2024. [Dkt. 123] Plaintiffs are required to file their SCAC within ten days of the Court's April 19, 2024 order. [*Id.*]

5. The Court separately noted that the only outstanding issue was Amazon's cross-motion to extend the deadline to respond to Plaintiffs' SCAC. [*Id.*]

6. Counsel for both parties have further conferred and stipulate (subject to the Court's approval) that Amazon shall file its answer within ninety days of Plaintiffs filing their SCAC. To the extent Amazon moves to dismiss the SCAC: (i) Amazon shall move to dismiss within thirty days of Plaintiffs filing their SCAC; (ii) Plaintiffs will have twenty-one days to file their response to Amazon's motion to dismiss; and (iii) Amazon will have eleven days to file its reply in support of its motion to dismiss.

7. Amazon's cross-motion requesting an order extending the deadline for Amazon to respond to Plaintiffs' SCAC [Dkt. 119] is resolved by the Parties' stipulated motion.

IT IS SO STIPULATED.

DATED this 22nd day of April, 2024.

Davis Wright Tremaine LLP

By: /s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

STIPULATED MOTION & ORDER
TO EXTEND DEADLINE AND SET BRIEFING SCHEDULE
(No. 2:21-cv-00693-JHC) - 2

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email: kdunn@paulweiss.com
Email: wisaacson@paulweiss.com
Email: amauser@paulweiss.com
Email: mgoodman@paulweiss.com
Email: ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
            barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

By: /s/ *Shane Kelly*
Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

STIPULATED MOTION & ORDER
TO EXTEND DEADLINE AND SET BRIEFING SCHEDULE
(No. 2:21-cv-00693-JHC) - 3

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

Daniel Backman (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Daniel.Backman@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

KELLER ROHRBACK L.L.P.

Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com

STIPULATED MOTION & ORDER
TO EXTEND DEADLINE AND SET BRIEFING SCHEDULE
(No. 2:21-cv-00693-JHC) - 4

Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

STIPULATED MOTION & ORDER
TO EXTEND DEADLINE AND SET BRIEFING SCHEDULE
(No. 2:21-cv-00693-JHC) - 5

**ORDER**

The Court GRANTS the Parties' stipulated motion. Amazon shall file its answer to Plaintiffs' Second Amended Consolidated Complaint within ninety days. In the alternative, if Amazon moves to dismiss the SCAC: (i) Amazon shall move to dismiss within thirty days of Plaintiffs filing their SCAC; (ii) Plaintiffs will have twenty-one days to file their response to Amazon's motion to dismiss; and (iii) Amazon will have eleven days to file its reply in support of its motion to dismiss. Amazon's cross-motion requesting an order extending the deadline for Amazon to respond to Plaintiffs' SCAC (Dkt. # 119) is resolved by the Parties' stipulated motion—the Court STRIKES that motion as moot.

DATED this 22nd day of April, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE