UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.,* on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs**,**<br>　　vs.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　　　Defendant. | No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING MOTION TO PROVISIONALLY SEAL PRAECIPE EXHIBITS** |

1   This matter comes before the Court upon Plaintiffs' motion pursuant to Local Rule 5(g)(3) for an order provisionally sealing praecipe exhibits ("Motion").  Dkt. # 115.  The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action,

NOW, therefore, it is ORDERED and ADJUDGED:

The Motion is noted for May 3, 2024, but it is unopposed, and the Court sees no reason to wait to rule on it.  Plaintiffs' motion to provisionally file praecipe exhibits under seal is GRANTED.

Dated: May 2, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE