1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.,* on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>     vs.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                    Defendant. | No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING MOTION TO PROVISIONALLY SEAL PORTIONS OF SECOND CONSOLIDATED AMENDED COMPLAINT** |

1  This matter comes before the Court on Plaintiffs' motion pursuant to Local Rule 5(g)(3)
2  for an order provisionally sealing portions of the Second Consolidated Amended Complaint
3  ("Motion"). Dkt. # 111. The Court has considered the materials filed in connection with the
4  motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the
5  motion in part: The portions to seal are listed by paragraph number in Exhibit A to the
6  Declaration of Kyle Smith, Dkt. # 132, and are highlighted in the sealed version of the Second
7  Consolidated Amended Complaint at Exhibit B to that declaration, Dkt. # 133.
8  Dated this 6th day of May, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO SEAL - 1
Case No. 2:21-cv-00693-JHC
**Error! Unknown document property name.**