UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING AMAZON.COM, INC.'S MOTION TO SEAL EXHIBIT B TO THE DECLARATION OF KYLE SMITH** |

This matter comes before the Court on Amazon.com, Inc.'s Motion to Seal Exhibit B to the Declaration of Kyle Smith, filed in support of Amazon's Response to Motion to Seal Portions of the Second Consolidated Amended Complaint. Dkt. # 129. The Court, having considered the Motion and all other papers submitted, and for compelling reasons shown, GRANTS the Motion and ORDERS Exhibit B to the Smith Declaration to be permanently sealed.

Dated this 20th day of May, 2024.

John H. Chun
United States District Judge

ORDER GRANTING AMAZON.COM, INC.'S MOTION TO SEAL EXHIBIT B TO THE DECLARATION OF KYLE SMITH - 1