1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH DE COSTER, *et al.*, on behalf of
themselves and all others similarly situated,

                          Plaintiffs,

    v.

AMAZON.COM, INC., a Delaware
corporation,

                        Defendant.

Case No. 2:21-cv-00693-JHC

**STIPULATED MOTION AND ORDER
REGARDING CLASS
CERTIFICATION BRIEFING
SCHEDULE**

**NOTE ON MOTION CALENDAR:**
June 7, 2024

**STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1.  The parties agree that good cause justifies an extension of the Court's current class certification briefing schedule.

2.  The Court previously granted the parties' request to extend the deadlines for the class certification briefing schedule by one month to allow parties time to discuss coordination of depositions of Amazon witnesses with plaintiffs in other related cases. *See* Dkt. 124. The parties requested and the Court set interim class certification briefing deadlines, including an interim deadline of June 7, 2024 for Plaintiffs to file their class certification motion, to allow time for the parties to work on a proposal for deposition and class certification schedules. *Id.*

3.  On May 6, 2024, Amazon filed a Motion for Coordinated Discovery Schedule ("Amazon's Motion"), which seeks a Court order extending the current class certification briefing schedule. *See* Dkt. 136. Amazon asks the Court to order, among other things, that Plaintiffs' deadline to file their class certification motion be extended until after summary judgment in the government cases. *Id.*

4.  On May 14, 2024, Plaintiffs filed their Response to Motion for Coordinated Discovery Schedule and Cross-Motion to Modify Class Certification Schedule and to Compel Scheduling of 30(b)(6) Deposition ("Plaintiffs' Cross-Motion"), which seeks a Court order extending the current class certification briefing schedule. *See* Dkt. 139. Plaintiffs ask the Court to order, among other things, a two-and-a-half-month extension, until August 23, 2024, for Plaintiffs to file their class certification motion. *Id.*

5.  Because both parties seek an extension of the class certification briefing schedule but disagree about the length of the extension the Court should grant, the parties therefore propose that the Court vacate the existing class certification briefing schedule pending the Court's resolution of Amazon's Motion and Plaintiffs' Cross-Motion. The parties agree that the Court will establish new deadlines in connection with Plaintiffs' class certification motion when it resolves the parties' competing motions.

1    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties,

2    through their undersigned counsel of record, and the parties ask the Court to order, that:

3        1.    The deadlines contained in Docket No. 124 relating to Plaintiffs' class

4    certification motion are vacated.

5        2.    The Court will establish new class certification briefing deadlines when it

6    resolves Amazon's Motion for Coordinated Discovery Schedule (Dkt. 136) and Plaintiffs'

7    Response to Motion for Coordinated Discovery Schedule and Cross-Motion to Modify Class

8    Certification Schedule and to Compel Scheduling of 30(b)(6) Deposition (Dkt. 139).

9        IT IS SO STIPULATED.

10       DATED: June 7, 2024                    HAGENS BERMAN SOBOL SHAPIRO LLP

11                                              By /s/ *Steve W. Berman*
                                                   Steve W. Berman (WSBA No. 12536)
12                                              By /s/ *Barbara A. Mahoney*
13                                                 Barbara A. Mahoney (WSBA No. 31845)
                                                1301 Second Avenue, Suite 2000
14                                              Seattle, WA 98101
                                                Telephone: (206) 623-7292
15                                              Facsimile: (206) 623-0594
                                                E-mail: steve@hbsslaw.com
16                                                      barbaram@hbsslaw.com

17                                              Anne F. Johnson (*pro hac vice*)
18                                              68 3rd Street, Suite 249
                                                Brooklyn, NY 11231
19                                              Telephone: (718) 916-3520
                                                E-mail: annej@hbsslaw.com
20

21                                              KELLER POSTMAN LLC

22                                              Zina G. Bash (*pro hac vice*)
                                                111 Congress Avenue, Suite 500
23                                              Austin, TX, 78701
                                                Telephone: (512) 690-0990
24                                              E-mail: zina.bash@kellerpostman.com

25                                              Jessica Beringer (*pro hac vice*)
26                                              Shane Kelly (*pro hac vice*)
                                                150 North Riverside Plaza, Suite 4100
27                                              Chicago, Illinois 60606
                                                Telephone: (312) 741-5220
28

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 2
Case No. 2:21-cv-00693-JHC

1    E-mail: Jessica.Beringer@kellerpostman.com
     E-mail: shane.kelly@kellerpostman.com

2

3    Daniel Backman (*pro hac vice*)
     1101 Connecticut Avenue, N.W., Suite 1100

4    Washington, D.C., 20036
     Telephone: 202-918-1123

5    E-mail: Daniel.Backman@kellerpostman.com

6    *Interim Co-Lead Counsel for Plaintiffs and the*

7    *proposed Class*

8    KELLER ROHRBACK L.L.P.

9    By: /s/ *Derek W. Loeser*
         Derek W. Loeser (WSBA No. 24274)

10   1201 Third Avenue, Suite 3200
     Seattle, WA 98101-3052

11   Telephone: (206) 623-1900
     Facsimile: (206) 623-3384

12   E-mail: Dloeser@kellerrohrback.com

13

14   QUINN EMANUEL URQUHART &
     SULLIVAN, LLP

15   By: /s/ *Alicia Cobb*

16       Alicia Cobb, WSBA # 48685
     1109 First Avenue, Suite 210

17   Seattle, WA 98101
     Telephone: (206) 905-7000

18   Email: aliciacobb@quinnemanuel.com

19   Steig D. Olson (*pro hac vice*)

20   David D. LeRay (*pro hac vice*)
     Nic V. Siebert (*pro hac vice*)

21   Maxwell P. Deabler-Meadows (*pro hac vice*)
     51 Madison Avenue, 22nd Floor

22   New York, NY 10010
     Telephone: (212) 849-7000

23   Email: steigolson@quinnemanuel.com

24   Email: davidleray@quinnemanuel.com
     Email: nicolassiebert@quinnemanuel.com

25   Email: maxmeadows@quinnemanuel.com

26

27

28

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 3
Case No. 2:21-cv-00693-JHC

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*


DAVIS WRIGHT TREMAINE LLP

By:/s/ John A. Goldmark
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile:  (206) 757-7700
E-mail:  SteveRummage@dwt.com
E-mail:  JohnGoldmark@dwt.com
E-mail:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420
E-mail:  kdunn@paulweiss.com
E-mail:  wisaacson@paulweiss.com
E-mail:  amauser@paulweiss.com
E-mail:  mgoodman@paulweiss.com
E-mail:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

1

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 7, 2024

_____

John H. Chun
United States District Judge