UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING DEFENDANT AMAZON.COM, INC.'S MOTIONS TO DISMISS THE AMENDED COMPLAINTS**<br><br>**NOTE ON MOTION CALENDAR:**<br>June 12, 2024 |
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC |

## STIPULATED MOTION

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties in the above-captioned actions, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on April 22, 2024, Plaintiffs in *De Coster* v. *Amazon.com, Inc.*, No. 2:21-cv-00693-JHC (W.D. Wash.), filed a Second Consolidated Amended Complaint ("SCAC") in that action, Dkt. 126;

WHEREAS, on May 13, 2024, Plaintiffs in *Frame-Wilson v. Amazon.com, Inc.*, No. 2:20-cv-424-JHC (W.D. Wash.), filed a Third Amended Complaint ("TAC"), Dkt. 147;

WHEREAS, on May 22, 2024, Amazon filed a motion to dismiss the SCAC in *De Coster*, Dkt. 142 ("the *De Coster* MTD");

WHEREAS, Plaintiffs' brief in opposition to the *De Coster* MTD is currently due on June 12, 2024, and Amazon's reply in support of its motion to dismiss is currently due on June 24, 2024;

WHEREAS, Amazon's motion to dismiss in *Frame-Wilson* is due on June 12, 2024;

WHEREAS, Amazon seeks to move to dismiss all of Plaintiffs' claims in *Frame-Wilson* on the same grounds as it moved to dismiss all of Plaintiffs' claims in *De Coster*;

WHEREAS, the Parties agree that, if the Court issues a decision granting or denying any part of the motion to dismiss in *De Coster*, that decision will apply equally to the claims in *Frame-Wilson*;

WHEREAS, the Parties wish to avoid burdening the Court with duplicative briefing,

THEREFORE, the Parties stipulate and agree (subject to the Court's approval) as follows:

1.  The motion to dismiss that Amazon filed in *De Coster* is deemed filed in *Frame-Wilson*.

2.  Plaintiffs' opposition brief and Amazon's reply brief in *De Coster*, once they are filed on June 12 and 24 respectively, will be deemed filed in *Frame-Wilson*.

3. The Court will file its decision resolving Amazon's motion to dismiss in both *De Coster* and *Frame-Wilson*, and that decision will apply equally to both *De Coster* and *Frame-Wilson*.

4. The briefing schedule on Amazon's motion to dismiss *Frame-Wilson* is otherwise vacated.

5. The case schedule in *Frame-Wilson* shall proceed as if Amazon timely moved to dismiss the TAC.

6. Assuming that Plaintiffs' claims are not dismissed, Amazon shall not be required to answer the SCAC in *De Coster* and the TAC in *Frame-Wilson* until 45 days after the resolution of the *De Coster* MTD.

IT IS SO STIPULATED.

DATED: this 12th day of June, 2024.

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047

Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
           barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com


KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

Daniel Backman (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100

Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Daniel.Backman@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

KELLER ROHRBACK L.L.P.

Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

## ORDER

The Court GRANTS the Parties' stipulated motion. Amazon's Motion to Dismiss filed in *De Coster* v. *Amazon.com, Inc.*, No. 2:21-cv-00693-JHC (W.D. Wash.), Dkt. 142, is deemed filed in *Frame-Wilson v. Amazon.com, Inc.*, No. 2:20-cv-424-JHC (W.D. Wash.). Amazon's briefing schedule on a motion to dismiss is vacated, and the Court's decision on Amazon's Motion to Dismiss filed in *DeCoster* will apply equally to both *De Coster* and *Frame-Wilson*. Assuming Plaintiffs' claims survive Amazon's Motion to Dismiss, Amazon shall not be required to answer the SCAC in *De Coster* and the TAC in *Frame-Wilson* until 45 days after the resolution of the *De Coster* MTD.

IT IS SO ORDERED this 12th day of June, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE