1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.,* on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs**,**<br><br> vs.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>         Defendant. | No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT** |

This matter comes before the Court upon Plaintiffs' motion pursuant to Local Rule 5(g)(3) for an order sealing portions of Plaintiffs' Opposition to Defendant's Motion to Dismiss Second Consolidated Amended Complaint ("Motion").  Dkt. # 154.  The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action,

NOW, therefore, it is ORDERED and ADJUDGED:

Plaintiffs' motion to file portions of Plaintiffs' Opposition to Defendant's Motion to Dismiss Second Consolidated Amended Complaint is GRANTED.

IT IS SO ORDERED.

Dated: July 10, 2024.

*/s/ John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE