The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

Case No. 2:21-cv-00693-JHC

**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING EXTENSION OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING**

**NOTE ON MOTION CALENDAR: August 15, 2024**

STIPULATED MOTION AND [PROPOSED] ORDER
RE WORD EXTENSION CLASS CERT. BRIEFING
Case No. 2:21-cv-00693-JHC



**STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1.      The parties agree that good cause justifies an extension of the word limit on the parties' class certification briefing. "[T]his is a significant, substantial case." [Dkt. 124 at 4.] Antitrust cases are by nature complex, and Plaintiffs' proposed consumer class action on behalf of Amazon customers is one of the largest antitrust classes to proceed to the certification stage. Courts commonly allow extended briefing in complex litigation, and the parties agree that such an extension is appropriate to allow them to fully address the Court's rigorous analysis of class certification requirements.

2.      The parties therefore propose the following modification of the Court's word limit:

| Brief | Current Word Limit (LCR 7(e)(3)) | Proposed Word Limit |
|---|---|---|
| Plaintiffs' Motion for Class Certification | 8,400 | 14,500 |
| Amazon's Opposition to Motion to Certify Class | 8,400 | 14,500 |
| Plaintiffs' Reply in Support of Motion to Certify Class | 4,200 | 7,250 |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1.      Plaintiffs may file a class certification motion not to exceed 14,500 words.

2.      Amazon may file an opposition not to exceed 14,500 words.

3.      Plaintiffs may file a reply brief not to exceed 7,250 words.

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1    IT IS SO STIPULATED.

2    DATED: August 15, 2024          HAGENS BERMAN SOBOL SHAPIRO LLP

3                                    By /s/ *Steve W. Berman*
                                        Steve W. Berman (WSBA No. 12536)
4                                    By /s/ *Barbara A. Mahoney*
                                        Barbara A. Mahoney (WSBA No. 31845)
5                                    1301 Second Avenue, Suite 2000
                                     Seattle, WA 98101
6                                    Telephone: (206) 623-7292
                                     Facsimile: (206) 623-0594
7                                    E-mail: steve@hbsslaw.com
                                            barbaram@hbsslaw.com
8

9                                    Anne F. Johnson (*pro hac vice*)
10                                   68 3rd Street, Suite 249
                                     Brooklyn, NY 11231
11                                   Telephone: (718) 916-3520
                                     E-mail: annej@hbsslaw.com
12

13                                   KELLER POSTMAN LLC

14                                   Zina G. Bash (*pro hac vice*)
                                     111 Congress Avenue, Suite 500
15                                   Austin, TX, 78701
                                     Telephone: (512) 690-0990
16                                   E-mail: zina.bash@kellerpostman.com

17                                   Jessica Beringer (*pro hac vice*)
18                                   Shane Kelly (*pro hac vice*)
                                     150 North Riverside Plaza, Suite 4100
19                                   Chicago, Illinois 60606
                                     Telephone: (312) 741-5220
20                                   E-mail: Jessica.Beringer@kellerpostman.com
                                     E-mail: shane.kelly@kellerpostman.com
21

22                                   *Interim Co-Lead Counsel for Plaintiffs and the
                                     proposed Class*
23

24

25

26

27

28   STIPULATED MOTION AND [PROPOSED] ORDER
     RE WORD EXTENSION CLASS CERT. BRIEFING - 2
     Case No. 2:21-cv-00693-JHC



DAVIS WRIGHT TREMAINE LLP

By:/s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER
RE WORD EXTENSION CLASS CERT. BRIEFING - 3
Case No. 2:21-cv-00693-JHC

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1

**ORDER**

2

3        Pursuant to stipulation, IT IS SO ORDERED.

4

5

6    Dated: _____          _____

7                                              The Honorable John H. Chun
                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND [PROPOSED] ORDER
RE WORD EXTENSION CLASS CERT. BRIEFING - 4
Case No. 2:21-cv-00693-JHC



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on August 15, 2024, a true and correct copy of the foregoing was

3   filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

4

5                                    /s/ *Steve W. Berman*
                                     Steve W. Berman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND [PROPOSED] ORDER
RE WORD EXTENSION CLASS CERT. BRIEFING - 5
Case No. 2:21-cv-00693-JHC

