UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING EXTENSION OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING**<br><br>**NOTE ON MOTION CALENDAR: August 15, 2024** |

STIPULATED MOTION AND ORDER
RE WORD EXTENSION CLASS CERT. BRIEFING
Case No. 2:21-cv-00693-JHC

## STIPULATION

The parties, by and through their counsel, have agreed and stipulate as follows:

1. The parties agree that good cause justifies an extension of the word limit on the parties' class certification briefing. "[T]his is a significant, substantial case." [Dkt. 124 at 4.] Antitrust cases are by nature complex, and Plaintiffs' proposed consumer class action on behalf of Amazon customers is one of the largest antitrust classes to proceed to the certification stage. Courts commonly allow extended briefing in complex litigation, and the parties agree that such an extension is appropriate to allow them to fully address the Court's rigorous analysis of class certification requirements.

2. The parties therefore propose the following modification of the Court's word limit:

| Brief | Current Word Limit (LCR 7(e)(3)) | Proposed Word Limit |
|---|---|---|
| Plaintiffs' Motion for Class Certification | 8,400 | 14,500 |
| Amazon's Opposition to Motion to Certify Class | 8,400 | 14,500 |
| Plaintiffs' Reply in Support of Motion to Certify Class | 4,200 | 7,250 |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1. Plaintiffs may file a class certification motion not to exceed 14,500 words.

2. Amazon may file an opposition not to exceed 14,500 words.

3. Plaintiffs may file a reply brief not to exceed 7,250 words.

STIPULATED MOTION AND ORDER
RE WORD EXTENSION CLASS CERT. BRIEFING - 1
Case No. 2:21-cv-00693-JHC

IT IS SO STIPULATED.

DATED: August 15, 2024     HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
      barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

STIPULATED MOTION AND ORDER
RE WORD EXTENSION CLASS CERT. BRIEFING - 2
Case No. 2:21-cv-00693-JHC

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER
RE WORD EXTENSION CLASS CERT. BRIEFING - 3
Case No. 2:21-cv-00693-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 15, 2024.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE