The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

Case No. 2:21-cv-00693-JHC

**STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO THE CLAIMS OF PLAINTIFF JOHN MARIANE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**NOTE ON MOTION CALENDAR:**
August 23, 2024

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL
Case No. 2:21-cv-00693-JHC

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

Plaintiff John Mariane and Defendant Amazon.com, Inc., hereby stipulate to the dismissal of Plaintiff John Mariane's claims against Amazon.com, Inc. in this action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. While Plaintiff is withdrawing from this litigation as a named plaintiff, he retains his rights to any recovery in the above-captioned action as an absent class member. This dismissal does not impact the claims of any other Plaintiff.

IT IS SO STIPULATED.

DATED: August 23, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
E-mail:   steve@hbsslaw.com
              barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail:   annej@hbsslaw.com

KELLER POSTMAN LLC
Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
E-mail:   zina.bash@kellerpostman.com

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL - 1
Case No. 2:21-cv-00693-JHC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
E-mail:  jessica.beringer@kellerpostman.com
        shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

KELLER ROHRBACK L.L.P.
Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384
E-mail:dloeser@kellerrohrback.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alicia Cobb*
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
E-mail:  aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email:  steigolson@quinnemanuel.com
        davidleray@quinnemanuel.com
        nicolassiebert@quinnemanuel.com
        maxmeadows@quinnemanuel.com
        ellemahdavi@quinnemanuel.com

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL - 2
Case No. 2:21-cv-00693-JHC

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
E-mail:  adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP


By:____*/s/ John A. Goldmark*_____
    John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL - 3
Case No. 2:21-cv-00693-JHC

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated: _____          _____

The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL - 4
Case No. 2:21-cv-00693-JHC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2024, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

/s/ <em>Steve W. Berman</em>
Steve W. Berman

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL - 5
Case No. 2:21-cv-00693-JHC