|   |   |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING DOCUMENTS ALSO PRODUCED IN COORDINATED ACTIONS |
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 22-cv-00965-JHC |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the Parties in the above-captioned actions, by and through their respective counsel, agree to the following stipulation regarding certain discovery in these matters.

The Parties agreed and the Court ordered that Amazon would produce to Plaintiffs in these matters certain documents Amazon produced in *People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Court, San Francisco) ("*California* Action") and *FTC v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC (W.D. Wash.) ("*FTC* Action"). *See Frame-Wilson et al. v. Amazon.com, Inc.*, Order Re: Discovery Coordination, Class Certification Briefing Schedule & Rule 30(b)(6) Deposition, Dkt. 172 at 5.

The Court ordered that "Fact discovery in the above-captioned cases shall be coordinated with fact discovery" in the *California* Action and the *FTC* Action, and that the Parties "shall use all reasonable efforts to coordinate the depositions of Amazon witnesses and nonparty witnesses across all of the coordinated cases," "absent either (i) agreement of the parties or (ii) a showing of good cause and order of the Court." *Id*. at 5-6.

Accordingly, to facilitate the coordination of fact discovery and depositions of Amazon and nonparty witnesses across the coordinated cases, the Parties stipulate and agree as follows:

1. When Amazon produces to Plaintiffs in these matters documents that have been produced (by either Amazon or a nonparty) in the *California* Action or the *FTC* Action, Amazon will provide to Plaintiffs metadata field(s) indicating the Bates number(s) assigned to the documents in the *California* Action and/or the *FTC* Action.

2. If exhibits marked during the depositions of any Amazon or nonparty witnesses bear the Bates number(s) applied to the documents in the *California* Action and/or the *FTC* Action but do not bear the Bates number(s) applied to the documents in these matters, the Parties may, but are not required to, read the Bates number(s) from these matters into the record at the deposition. To the extent a participant in a coordinated deposition disagrees with the provisions described in Paragraph 2, the Parties agree to promptly meet and confer with each other and

STIPULATED MOTION & ORDER RE: DOCUMENTS - 1
ALSO PRODUCED IN COORDINATED ACTIONS
(NOS. 2:20-CV-00424-JHC; 2:21-CV-00693-JHC; 2:22-CV-00965-JHC)

1   other participants in the coordinated deposition to resolve any disagreements.  The resolution of
2   any such disagreement shall be documented in writing and agreed to by all parties participating
3   in the coordinated deposition.

4        3.     The Parties may, in connection with the preparation of trial exhibits in these
5   matters, replace the versions of the exhibits marked during the depositions of any Amazon or
6   nonparty witnesses with an identical version of the document that bears the Bates number(s) in
7   these matters.

8        4.     The Parties will not object to the admissibility of an exhibit marked in the
9   deposition of any Amazon or nonparty witnesses, or corresponding testimony, solely on the
10  ground that the document marked during the deposition did not bear these matters' Bates
11  number(s) so long as the version produced in these Actions is identical to the version marked
12  during the deposition. The Parties reserve all rights to object to the admissibility of any exhibit or
13  deposition testimony on any other ground(s).

15  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

16  DATED: September 26, 2024    Respectfully submitted,

17  HAGENS BERMAN SOBOL SHAPIRO LLP

18  By: /s/ *Steve W. Berman*
19      Steve W. Berman (WSBA No. 12536)
    By: /s/ *Barbara A. Mahoney*
20      Barbara A. Mahoney (WSBA No. 31845)
    1301 Second Avenue, Suite 2000
21  Seattle, WA 98101
    Telephone: (206) 623-7292
22  Facsimile: (206) 623-0594
    E-mail: steve@hbsslaw.com
23  E-mail: barbaram@hbsslaw.com

24  
25  Anne F. Johnson (*pro hac vice*)
    594 Dean Street, Suite 24
26  Brooklyn, NY 11238
    Telephone: (718) 916-3520
27  E-mail: annej@hbsslaw.com

28

STIPULATED MOTION & ORDER RE: DOCUMENTS - 2
ALSO PRODUCED IN COORDINATED ACTIONS
(Nos. 2:20-cv-00424-JHC; 2:21-cv-00693-JHC; 2:22-cv-00965-JHC)

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

Roseann Romano (pro hac vice)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

STIPULATED MOTION & ORDER RE: DOCUMENTS - 3
ALSO PRODUCED IN COORDINATED ACTIONS
(NOS. 2:20-CV-00424-JHC; 2:21-CV-00693-JHC; 2:22-CV-00965-JHC)

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP


By:    */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  ksmith@paulweiss.com

Meredith Dearborn (*pro hac vice*)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Email: mdearborn@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

Pursuant to the Parties' above stipulation, IT IS SO ORDERED.

Dated this 26th day of September, 2024.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & ORDER RE: DOCUMENTS - 5
ALSO PRODUCED IN COORDINATED ACTIONS
(Nos. 2:20-cv-00424-JHC; 2:21-cv-00693-JHC; 2:22-cv-00965-JHC)