UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>ORDER GRANTING AMAZON.COM'S UNOPPOSED MOTION TO DISMISS MEGAN SMITH PURSUANT TO FEDERAL RULE 41(b) |

This matter having come before the Court on an Unopposed Motion to Dismiss Megan Smith Pursuant to Federal Rule 41(b) filed by counsel for Defendant Amazon.com, Inc., Dkt. # 211, and the Court having reviewed the Motion and all papers in support and opposition thereto and the arguments of counsel, it is:

ORDERED that Amazon.com, Inc.'s Motion to Dismiss be and hereby is GRANTED; and further

ORDERED that Megan Smith is dismissed as a plaintiff in this matter pursuant to Federal Rule of Civil Procedure 41(b), without prejudice to her participation as an absent class member.

DATED this 4th day of October, 2024.

*John H. Chun*
John H. Chun
United States District Judge