1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING EXPERT DEPOSITION(S) AND DAUBERT MOTION(S) |

## STIPULATED MOTION

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the Parties in the above-captioned action, by and through their respective counsel, agree to the following stipulation regarding expert depositions in connection with the Parties' class certification briefing and any motion to exclude expert testimony for failure to satisfy *Daubert* v. *Merrell Dow Pharmaceuticals, Inc.* and its progeny in connection with the Parties' class certification briefing ("*Daubert* motions").

On June 25, 2024, the Court entered an Order re: Discovery Coordination, Class Certification Briefing Schedule & Rule 30(b)(6) Deposition. Dkt. 160. This Order set forth a briefing schedule for class certification in the above-captioned case, *id.*, but it did not set deadlines for expert depositions in connection with the Parties' class certification briefing or *Daubert* motions in connection with the Parties' class certification briefing.

STIPULATED MOTION & ORDER RE:
EXPERT DEPOSITION(S) & DAUBERT MOTION(S)
 (No. 2:21-cv-00693-JHC) - 1

On July 31, 2024, the Court entered an Order re: Sealing of Class Certification Briefing. Dkt. 171.  This Order set forth a procedure for filing and sealing in connection with the class certification briefing.  *Id.*

Accordingly, the Parties have met and conferred, and stipulate and agree as follows:

1.      The schedule for *Daubert* briefing will be as follows:

| Filing | Date |
|---|---|
| Amazon's Response in Opposition to Motion to Certify Class; Amazon's *Daubert* Motion | November 25, 2024 |
| Plaintiffs' Reply in Support of Motion to Certify Class; Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion; Plaintiffs' *Daubert* Motion(s) | January 24, 2025 |
| Amazon's Reply in Support of Amazon's *Daubert* Motion; Amazon's Response(s) in Opposition to Plaintiffs' *Daubert* Motion(s) | March 3, 2025 |
| Plaintiffs' Reply(ies) in Support of Plaintiffs' *Daubert* Motion(s) | March 31, 2025 |

2.      The date for the hearing on Plaintiffs' class certification motion is "To be set by Court after briefing completed."  Dkt. 160.  Once class certification and *Daubert* briefing is complete, the Parties will meet and confer concerning the proposed scope and structure of the hearing and make a joint submission setting forth the Parties' proposal(s) within three weeks after completion of all briefing, including the submission of Plaintiffs' Reply Brief(s) in Support of any *Daubert* Motion(s) by Plaintiffs.

3.      To ensure that materials designated as Confidential or Highly Confidential-Attorneys' Eyes Only by either a Party or Non-Party are treated appropriately and under the applicable protective order and to reduce burdens on the Court, the Parties, and Non-Parties, the

Parties and their respective counsel hereby stipulate and agree to the following procedure for filing and sealing in connection with *Daubert* motions, subject to the Court's approval:

    a.    Pursuant to LCR 5(g)(2), each Party will provisionally file under seal its *Daubert* briefing (including any opening, response, and reply briefs), exhibits, and all other evidence and declarations on which that Party relies (collectively, "*Daubert* Papers") that contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by any Party or Non-Party.

    b.    Within five weeks after the filing of the Parties' reply brief(s), pursuant to LCR 5(g), the Parties, and any necessary Non-Parties, will meet and confer and, as appropriate, file (1) public versions of their *Daubert* Papers and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3).  The Party or Non-Party seeking to maintain material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal associated with the Parties' class certification briefing.  The deadline for filing any such public versions of the Parties' *Daubert* Papers and corresponding motion(s) to seal shall be May 5, 2025.

4.    The Parties agree and stipulate that the following word limits will apply to *Daubert* briefs in the above-captioned cases:

| Brief | Word Limit (LCR 7(e)(5)) |
|---|---|
| *Daubert* Motion(s) | 4,200 |
| Opposition to *Daubert* Motion(s) | 4,200 |
| Reply in Support of *Daubert* Motion(s) | 2,100 |

5.    The Parties may depose the other Party's expert(s) in connection with the Parties' class certification briefings, with the Parties to work together in good faith to establish an appropriate and agreeable deposition date in that timeframe.  Expert witnesses who submit one report in this case may be questioned for up to seven (7) hours.  Expert witnesses who submit two reports may be questioned for up to ten-and-a-half (10.5) hours, assuming the deposition

STIPULATED MOTION & ORDER RE:
EXPERT DEPOSITION(S) & DAUBERT MOTION(S)
(No. 2:21-cv-00693-JHC) - 3

takes place following their second report.  In the event that an expert is deposed for seven (7) hours following the expert's first report, the Parties shall meet and confer to discuss the parameters for any second deposition following any second report.

6.      In its Reply Brief in support of its *Daubert* motion, Amazon may, as permitted by the Rules, address any new material or analyses submitted in Plaintiffs' Reply Brief in support of class certification and/or Reply Expert Report(s), as well as the deposition testimony of Plaintiffs' expert.  Plaintiffs reserve the right to file a surreply as set forth in Local Rule 7(g) to the extent Amazon's Reply Brief in support of its *Daubert* motion exceeds what is permitted by the Federal Rules.

7.      Within 21 days of Plaintiffs filing their motions for class certification in *Frame-Wilson v. Amazon* (20-cv-424) and *Brown v. Amazon* (22-cv-965), the Parties will meet and confer to discuss the timing of expert depositions in those cases, and deadlines for the filing of *Daubert* motions.  Within 30 days of Plaintiffs filing their motions for class certification in *Frame-Wilson* and *Brown,* the Parties will jointly submit a proposed schedule for *Daubert* briefing in each of those cases.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED October 16, 2024.                  Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
394 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com
KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
E-mail: ajd@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Roseann.Romano@kellerpostman.com

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

STIPULATED MOTION & ORDER RE:
EXPERT DEPOSITION(S) & DAUBERT MOTION(S)
 (No. 2:21-cv-00693-JHC) - 5

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the
proposed Class*

DAVIS WRIGHT TREMAINE LLP

By:  ___/s/ John A. Goldmark_____
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  ksmith@paulweiss.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Meredith Dearborn (*pro hac vice*)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: 628-432-5100
Email:  mdearborn@paulweiss.com

Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Email: ybarkai@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION & ORDER RE:
EXPERT DEPOSITION(S) & DAUBERT MOTION(S)
 (No. 2:21-cv-00693-JHC) - 7

1

**ORDER**

2

3    Pursuant to the Parties' above stipulation, IT IS SO ORDERED.

4    Dated this 17th day of October, 2024.

5

6                                    John H. Chun
                                     UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION & ORDER RE:
EXPERT DEPOSITION(S) & DAUBERT MOTION(S)
 (No. 2:21-cv-00693-JHC) - 8