UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-00693-JHC<br><br>ORDER |
| DEBORAH FRAME-WILSON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:20-cv-00424-JHC |

ORDER - 1

Before the Court are Defendant Amazon.com Inc.'s Unopposed Motions Regarding Redactions to Sealed Order Denying Motion to Dismiss.  Case No. 2:21-cv-00693, Dkt. # 244; Case No. 2:20-cv-00424, Dkt. # 217.  The Court GRANTS the motions.  The Court will publicly file its order denying the motion to dismiss with the redactions in Exhibit A to the Motions Regarding Redactions.

Dated this 3rd day of December, 2024.

John H. Chun
United States District Judge

ORDER - 2