1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,

Case No. 2:20-cv-00424-JHC

8

Plaintiffs,

MINUTE ORDER

9

v.

10

11

AMAZON.COM, INC., a Delaware corporation,

12

Defendant.

13

14

ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,

Case No. 2:21-cv-00693-JHC

15

16

Plaintiffs,

17

v.

18

19

AMAZON.COM, INC., a Delaware corporation,

20

Defendant.

21

22

CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,

Case No. 2:22-cv-00965-JHC

23

Plaintiffs,

24

v.

25

26

AMAZON.COM, INC., a Delaware corporation,

27

Defendant.

28

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)    The Court STRIKES the January 24, 2025 hearing.

(2)    On January 31, 2025, at 9:00 a.m., at a conference room at the United States Courthouse, counsel for the parties shall meet and confer to resolve Plaintiffs' pending motions to compel. Counsel shall contact the Courtroom Deputy via email, at ashleigh_drecktrah@wawd.uscourts.gov, for the location of the conference room. If the parties are unable to resolve the motions by 10:00 a.m. that day, then the Court will proceed with oral argument on the motions. Oral argument will take place in courtroom 14106. Counsel shall immediately notify the Court if the motions are resolved prior to the hearing scheduled above.

(3)    The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 11th day of December, 2024.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk