UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 2:21-cv-00693-JHC<br><br>ORDER GRANTING AMAZON'S UNOPPOSED MOTION TO SEAL |
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 2:22-cv-00965-JHC |

This matter came before the Court on Amazon's Unopposed Motion to Seal Portions of Briefing and Associated Papers Filed with Plaintiffs' Supplemental Briefing in Support of Renewed Motion to Compel Production of Documents and Appointment of Special Master. The Court, having considered the Unopposed Motion and all other papers submitted, and for compelling reasons shown, GRANTS the Motion and, in accordance with the chart in Exhibit A to the Mauser Declaration, ORDERS the provisional seal be removed from 12 documents so identified, that the provisional seal be converted to a permanent seal for 4 documents so identified, and that the redacted versions of 3 documents in Exhibit B to the Mauser Declaration be filed in the public record.

DATED this 26th day of December, 2024.

*[signature]*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE