Keller | Postman

March 14, 2025

The Honorable John H. Chun
United States Courthouse
700 Stewart Street, Suite 14134
Seattle, WA 98101-9906

**VIA ECF**

**Re: *Frame Wilson v. Amazon.Inc.*, No. 20-cv-00424-JHC, *De Coster v. Amazon. Inc.,* No. 21-cv-00693-JHC, *Brown v. Amazon, Inc.*, No. 22-cv-00965-JHC – Documents for *In Camera* Review**

Dear Judge Chun:

We write regarding Amazon's submission of a letter brief on March 11 with its production of documents from its privilege log for *in camera review.* Amazon asks the Court to consider a nine-page single spaced letter including substantive argument on a variety of topics. The letter does not provide a word count, but by Plaintiffs' count exceeds that allowed by the Local Rule 7. Moreover, this submission was not contemplated by the Court's February 3rd Order. Before the Court entered this Order, Amazon submitted a proposed order that would have allowed it to provide additional materials alongside the documents for *in camera* review. The Court did not adopt those provisions of Amazon's Order, and Plaintiffs respectfully request that the Court disregard Amazon's submission. If the Court should grant Amazon leave to make that submission, Plaintiffs respectfully request leave to respond and have attached Plaintiffs' response.

Respectfully Submitted,

*/s/ Jessica B. Beringer*

*/s/ Steve W. Berman*

Enclosures:

Response to Amazon's March 11, 2025 Letter Brief (filed under seal)