The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING UNSEALING PORTIONS OF CLASS CERTIFICATION MATERIALS**<br><br>NOTE ON MOTION CALENDAR: APRIL 15, 2025 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties in the above-captioned action, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on July 31, 2024, the Court granted the parties' motion stipulating and agreeing to a procedure for filing and sealing in connection with the class certification briefing in the above-captioned action, Dkt. 171;

WHEREAS, the Court has since granted motions and stipulations extending the class certification briefing deadlines in the above-captioned action, Dkts. 257, 269;

WHEREAS, pursuant to the agreed-upon procedure and Local Civil Rule 5(h), the parties agreed to a schedule upon which to meet and confer and, as appropriate, file (1) public versions of their class certification papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3);

STIPULATED MOTION & [PROPOSED] ORDER RE UNSEALING PORTIONS OF CLASS CERTIFICATION MATERIALS (NO. 2:21-CV-00693-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  WHEREAS, pursuant to the Stipulated Motion and Order Re Sealing of Class
2  Certification Briefing, Dkt. 288, the Parties shall have 28 days after the filing of Plaintiffs' Reply
3  in Support of Motion to Certify Class to (1) file public versions of the parties' Class Certification
4  Papers, with necessary redactions, and (2) file corresponding motion(s) to seal pursuant to LCR
5  5(g)(3);

6  WHEREAS, Plaintiffs filed their Reply in Support of Class Certification on March 26,
7  2025, Dkt. 306, which sets April 23, 2025, as the date for Parties to file public versions of their
8  class certification papers, with necessary redactions, and corresponding motion(s) to seal
9  pursuant to LCR 5(g)(3);

10  WHEREAS, § 5.5 of the Amended Stipulated Protective Order, Dkt. 169, requires a
11  motion to seal to be noted for consideration no earlier than the fourth Friday after filing where a
12  Designating Party must make the showing under LCR 5(g)(3)(B), and the Local Rules have since
13  been modified to provide for 28-day motions instead;

14  WHEREAS, LCR 5(g)(3)(B) requires a party to file a motion to seal confidential
15  information to demonstrate: (1) "the legitimate private or public interests that warrant the relief
16  sought;" (2) "the injury that will result if the relief sought is not granted;" and (3) "why a less
17  restrictive alternative to the relief sought is not sufficient;"

18  WHEREAS the exhibits supporting the class certification motions in this matter contain
19  (1) highly sensitive and confidential business documents of Amazon, including discussions and
20  communications regarding proprietary business metrics at the core of Amazon's business, and
21  internal strategic and business planning documents analyzing sensitive business data, the public
22  disclosure of which would pose a significant risk of harm to Amazon; (2) confidential and
23  sensitive information of Plaintiffs; and (3) highly sensitive and confidential information of Non-
24  Parties, including strategic and business planning documents and business data.

25  WHEREAS the length of the supporting expert reports and other materials cited, and the
26  extent to which the expert reports and other materials cited rely on sensitive and confidential
27  information would require extensive and time-consuming redactions;

STIPULATED MOTION & [PROPOSED] ORDER RE UNSEALING PORTIONS OF CLASS CERTIFICATION MATERIALS (No. 2:21-CV-00693-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

THEREFORE, the parties stipulate and agree (subject to the Court's approval) as follows:

1. The Parties shall prepare public, redacted versions of (a) Plaintiffs' briefs supporting certification of a class, Dkt. Nos. 180, 306, ("Plaintiffs' Class Certification Papers"), and (b) Amazon's brief opposing certification of a class, Dkt. No. 232 ("Amazon's Class Certification Papers"); however, any exhibits to those briefs, including expert reports, shall continue to remain under seal.

2. Defendant Amazon.com, Inc. ("Amazon") shall propose sealing recommendations for (a) all Amazon sensitive information and/or information designated by Amazon under the Amended Stipulated Protective Order, Dkt. 169, contained in both Plaintiffs' Class Certification Papers and Amazon's Class Certification Papers; and (b) all sensitive information and/or information designated by or pertaining to Non-Parties under the Amended Stipulated Protective Order contained in Amazon's Class Certification Papers, after meeting and conferring with the Non-Parties regarding the need to file such sensitive or designated material under seal.

3. Plaintiffs shall propose sealing recommendations for (a) all sensitive information and/or information designated by or pertaining to Non-Parties under the Amended Stipulated Protective Order, Dkt. 169, contained in Plaintiffs' Class Certification Papers, after meeting and conferring with the Non-Parties regarding the need to file such sensitive or designated material under seal; and (b) all sensitive information and/or information designated by or pertaining to Plaintiffs under the Amended Stipulated Protective Order contained in Amazon's Class Certification Papers and Plaintiffs' Class Certification Papers.

4. The Non-Parties may make their showing as required by LCR 5(g)(3)B) in a declaration filed with the Parties' motions to seal on April 23, 2025. Otherwise, the deadline for Non-Parties to file a showing required by LCR 5(g)(3)(B) in

STIPULATED MOTION & [PROPOSED] ORDER RE UNSEALING PORTIONS OF CLASS CERTIFICATION MATERIALS (No. 2:21-CV-00693-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  response to any motion to seal filed by a party shall be May 14, 2025, which is 21

2  days after due date for the Parties' motion to seal.  The calculation of this

3  response date is based on revised Local Civil Rule 7(d).

4  IT IS SO STIPULATED.

5  DATED April 15, 2025.    Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
    MaryAnn Almeida, WSBA #49086
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone:  (206) 622-3150
    Email:  JohnGoldmark@dwt.com
    Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Karen L. Dunn*
    Karen L. Dunn (*pro hac vice*)
    William A. Isaacson (*pro hac vice*)
    Amy J. Mauser (*pro hac vice*)
    Kyle Smith (*pro hac vice*)
    2001 K Street, NW
    Washington, D.C.
    Telephone:  (202) 223-7300
    Email:  kdunn@paulweiss.com
    Email:  wisaacson@paulweiss.com
    Email:  amauser@paulweiss.com
    Email:  ksmith@paulweiss.com

    Meredith Dearborn
    535 Mission Street, 24th Floor
    San Francisco, CA  94105
    Telephone:  (628) 432-5100
    Email:  mdearborn@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
    Barbara A. Mahoney (WSBA No. 31845)

STIPULATED MOTION & [PROPOSED] ORDER RE UNSEALING PORTIONS OF CLASS CERTIFICATION MATERIALS (No. 2:21-cv-00693-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| 1 | 1301 Second Avenue, Suite 2000 |
| 2 | Seattle, WA 98101<br>Telephone: (206) 623-7292 |
|   | Email: steve@hbsslaw.com |
| 3 | Email: barbaram@hbsslaw.com |

Anne F. Johnson (*pro hac vice*)
394 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
Email: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
Email: Roseann.Romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*


QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)

STIPULATED MOTION & [PROPOSED] ORDER RE UNSEALING PORTIONS OF CLASS CERTIFICATION MATERIALS (No. 2:21-CV-00693-JHC) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9

Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION & [PROPOSED] ORDER RE UNSEALING PORTIONS
OF CLASS CERTIFICATION MATERIALS (NO. 2:21-CV-00693-JHC) - 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## **[PROPOSED] ORDER**

Pursuant to the Parties' above stipulation,

- The Parties shall file public, redacted versions of their class certification papers by **April 23, 2025**.

- The deadline for Non-Parties to file a showing required by LCR 5(g)(3)(B) in response to any motion to seal filed by a party shall be **May 14, 2025**.

IT IS SO ORDERED.

Dated this ____ day of April, 2025.

_____
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & [PROPOSED] ORDER RE UNSEALING PORTIONS OF CLASS CERTIFICATION MATERIALS (No. 2:21-CV-00693-JHC) - 7

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax