The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.,* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**DECLARATION OF ANNE F. JOHNSON IN SUPPORT OF JOINT MOTION TO SEAL PORTIONS OF CLASS CERTIFICATION BRIEFING** |



I, ANNE F. JOHNSON, declare as follows:

I am an attorney duly licensed to practice before all courts of the State of New York. I am a partner with the law firm Hagens Berman Sobol Shapiro LLP, counsel for Plaintiffs in this action. I submit this Declaration in support of the parties' Joint Motion to Seal Portions of Class Certification Briefing. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

1. Plaintiffs' motion for class certification quotes from and references documents, testimony, and declarations submitted in this action by several non-parties, including the following merchants, e-commerce consultants, online retailers, or online retail marketplaces: Buy Box Experts, eBay, Feedvisor, IQAir, Leveret, VitaCup, ViaHart, Walmart, Wayfair, Western Outlets, and Zulily (collectively, the "non-parties").

2. I conferred with each of the non-parties and/or their respective counsel to determine the need to keep any of the non-party material cited in Plaintiffs' motion for class certification under seal. On April 3 and 4, 2025, I separately emailed each of the non-parties or their respective counsel, identified the specific non-party material Plaintiffs cited in their motion, and requested the non-parties' positions regarding continued sealing of their designated material. I and/or my colleague, Kelly Fan (acting under my direction), followed up with each non-party by e-mail and by phone, where necessary, to answer any questions, determine the non-parties' positions, and facilitate the provision of the declarations which support this Joint Motion.

3. The following non-parties informed me that the specific information Plaintiffs cited in their class certification briefing need not be sealed and/or that they would not be making a LCR 5(g)(3)(B) showing: Feedvisor; Leveret; ViaHart; and Western Outlets.

4. The remaining non-parties request that their information remain sealed and confidential.

5. To satisfy LCR 5(g)(3)(B), the following non-parties have provided declarations in support of this Joint Motion to Seal: Buy Box Experts; IQ Air; VitaCup; Walmart; Wayfair; and Zulily.

JOHNSON DECLARATION ISO JOINT MOTION TO SEAL - 1
Case No. 2:21-cv-00693-JHC
010888-14/3184423 V3

HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

6. A true and correct copy of the Declaration of James Thomson (Buy Box Experts) is attached hereto as Exhibit 1.

7. A true and correct copy of the Declaration of Glory Dolphin Hammes (IQ Air) is attached hereto as Exhibit 2.

8. A true and correct copy of the Declaration of Brandon Fishman (VitaCup) is attached hereto as Exhibit 3.

9. A true and correct copy of the Declaration of Michael Mosser (Walmart) is attached hereto as Exhibit 4.

10. A true and correct copy of the Declaration of Michael Licker (Wayfair) is attached hereto as Exhibit 5.

11. A true and correct copy of the Declaration of Jon Cieslak (Zulily) is attached hereto as Exhibit 6.

12. Counsel for non-party eBay informed Plaintiffs by e-mail that eBay will separately support its request for sealing before the May 14, 2025 deadline.

13. Before filing this Joint Motion, including on April 18 and 21, 2025, counsel for Plaintiffs, including myself and Max Meadows of Quinn Emmanuel, met and conferred with counsel for Amazon, including Amy Mauser and Cole Rabinowitz, via e-mail and telephone about this submission. The parties conferred regarding the need to file certain material under seal and ways in which to minimize the amount of material to be redacted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of April, 2025 at Brooklyn, New York.

/s/ *Anne F. Johnson*
Anne F. Johnson

JOHNSON DECLARATION ISO JOINT MOTION TO SEAL - 2
Case No. 2:21-cv-00693-JHC
010888-14/3184423 V3

HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman

JOHNSON DECLARATION ISO JOINT MOTION TO SEAL - 3
Case No. 2:21-cv-00693-JHC
010888-14/3184423 V3

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX