The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:** April 29, 2025 |



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1. The Court previously entered the parties' stipulated motion setting the deadline for Amazon's Reply in Support of its Motion to Exclude Prof. Pathak's testimony as May 2, 2025. Dkt. 269.

2. Due to other commitments of counsel, Amazon requested and the parties agreed to a one-week extension for Amazon to file its Reply brief, which would set the deadline as May 9, 2025.

3. The Court previously entered the parties' stipulated motion setting the deadline for "filing (1) public versions of the parties' *Daubert* papers in *De Coster*, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3)" for "28 days after the filing of Plaintiffs' Reply in Support of *Daubert* Motion(s) in *De Coster*." Dkt. 288.

4. Because Plaintiffs did not file a *Daubert* Motion in *De Coster*, the parties agree that the deadline for filing (1) public versions of the parties' *Daubert* papers in *De Coster*, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3) should be set for 28 days after the filing of Amazon's Reply in Support of its Motion to Exclude Prof. Pathak's Testimony.

5. Good cause exists to modify these deadlines to accommodate counsel's other commitments. This change will not require any other changes to the case schedule.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

6. The deadline for Amazon's Reply in Support of its Motion to Exclude Prof. Pathak's Testimony shall be **May 9, 2025**.

7. The deadline for filing (1) public versions of the parties' *Daubert* papers in *De Coster*, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3) should be set for **June 6, 2025.**



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

DATED: April 29, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By */s/ John A. Goldmark*
John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By */s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email: kdunn@paulweiss.com
Email: wisaacson@paulweiss.com
Email: amauser@paulweiss.com
Email: ksmith@paulweiss.com

Meredith Dearborn (*pro hac vice*)
535 Mission St., 24th Floor
San Francisco, CA 94105-6064
Telephone: (628) 432-5100
Email: mdearborn@paulweiss.com

Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Email: ybarkai@paulweiss.com

*Attorneys for Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By */s/ Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
Email: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
Email: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, Amazon's deadline for its Reply in Support of its Motion to Exclude Prof. Pathak's Testimony is **May 9, 2025**. The deadline for filing (1) public versions of the parties' *Daubert* papers in *De Coster*, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3) should be set for **June 6, 2025.**

IT IS SO ORDERED.

Dated: ____________________

____________________________________
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax