UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH DE COSTER, *et al.,* on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

No. 2:21-cv-00693-JHC

ORDER GRANTING MOTION TO SEAL NON-PARTY MATERIAL

The Court, having received and reviewed non-party eBay Inc.'s Motion to Seal (the "Motion"), Dkt. # 333, and all materials sought to be sealed, HEREBY FINDS, CONCLUDES, and ORDERS that compelling interests justify sealing the limited portions of information described in eBay's motion.

eBay's Motion to Seal is therefore GRANTED.

DATED: May 14, 2025.

　　　　　　　　　　　　　　　　　　　　
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EBAY INC.'S MOTION TO SEAL NON-PARTY MATERIALS - 2:21-cv-00693 JHC

1