UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>ORDER GRANTING JOINT MOTION TO SEAL PORTIONS OF CLASS CERTIFICATION BRIEFING |

ORDER GRANTING JOINT MOTION TO SEAL PORTIONS
OF CLASS CERTIFICATION BRIEFING (2:21-cv-00693-JHC)

1   This matter comes before the Court on the parties' Joint Motion to Seal Portions of the
2 Class Certification Papers. Dkt. # 323. The Court, having considered the Joint Motion and all
3 other papers submitted, and for compelling reasons shown, GRANTS the Motion and, in
4 accordance with the parties' request, ORDERS the parties to file the redacted versions of their
5 respective briefs, which are included in Exhibit A to the Mauser Declaration, in the public record.
6   IT IS SO ORDERED this 21st day of May, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE