UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:21-cv-00693-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO SEAL PORTIONS OF *DAUBERT* BRIEFING |

ORDER GRANTING UNOPPOSED
MOTION TO SEAL PORTIONS
OF *DAUBERT* BRIEFING
(2:21-cv-00693-JHC)

1    This matter comes before the Court on Amazon's Unopposed Motion to Seal Portions of
2  Daubert Briefing.  Dkt. # 355.  The Court, having considered the Unopposed Motion and all
3  other papers submitted, and for compelling reasons shown, GRANTS the Motion and, in
4  accordance with the parties' request, ORDERS the redacted versions of the four documents in
5  Exhibit A to the Mauser Declaration be filed in the public record.
6    IT IS SO ORDERED this 9th day of June, 2025.

*/s/ John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE