1

2

3                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
4                                    AT SEATTLE

5    DEBORAH FRAME-WILSON, *et al.*,                No. 2:20-cv-00424-JHC

6
                                    Plaintiffs,
7                                                   ORDER RE: PLAINTIFFS' MOTION
                                                   FOR AN ORDER REGARDING
8           v.                                     PROTECTIVE ORDER STANDARDS
                                                   APPLICABLE TO CLAW BACKS IN
9    AMAZON.COM, INC., a Delaware corporation,     PLAINTIFFS' CASES

10                                  Defendant.

11

12   ELIZABETH DE COSTER, *et al.*,                 No. 2:21-cv-00693-JHC

13
                                    Plaintiffs,
14
            v.
15
     AMAZON.COM, INC., a Delaware corporation,
16
                                    Defendant.
17

18   CHRISTOPHER BROWN, *et al.*,                   No. 2:22-cv-00965-JHC

19
                                    Plaintiffs,
20
            v.
21
     AMAZON.COM, INC., a Delaware corporation,
22

23                                  Defendant.

24

25

26

27

28   ORDER RE: PROTECTIVE ORDER STANDARDS
     APPLICABLE TO CLAW BACKS IN PLAINTIFFS'
     CASES
     Case Nos. 2:20-cv-00424-JHC, 2:21-cv-00693-JHC, 2:22-cv-00965-JHC

This matter comes before the Court on Plaintiffs' Motion for an Order Regarding Protective Order Standards Applicable to Claw Backs in Plaintiffs' Cases (the Motion). Case No. 20-424, Dkt. # 320; Case No. 21-693, Dkt. # 352; Case No. 22-965, Dkt. # 194. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS in part and DENIES in part Plaintiffs' motion.

To claw back any documents in Plaintiffs' cases, Amazon must make a showing of inadvertence under Rule of Evidence 502(b), regardless of whether the documents were produced to Plaintiffs after having been previously produced in another action, or initially withheld in another action on the basis of privilege and produced first to Plaintiffs. *See* Case No. 20-424, Dkt. ## 294, 312; Case No. 21-693, Dkt. ## 302, 329; Case No. 22-965, Dkt. ## 170, 185. The Court declines to find waiver or award fees and costs.

DATED: July 17, 2025.

John H. Chun
United States District Judge

ORDER RE: PROTECTIVE ORDER STANDARDS
APPLICABLE TO CLAW BACKS IN PLAINTIFFS'
CASES - 1
Case Nos. 2:20-cv-00424-JHC, 2:21-cv-00693-JHC,
2:22-cv-00965-JHC