UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-00693-JHC<br><br>ORDER |
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:20-cv-00424-JHC |

ORDER- 1

|   |   |
|---|---|
| 1 | This matter comes before the Court on Amazon.com, Inc.'s Motion Requesting an Evidentiary Hearing on Class Certification.  Case No. 21-693, Dkt. # 382; Case No. 20-424, Dkt. # 353.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, the Court DENIES the motion. |

The record before the Court is extensive.  The parties have ably and fully briefed the issues.  The submissions include more than 100 pages of briefing, more than 100 exhibits, and more than 1,000 pages of expert reports.  *See generally* Case No. 21-693 Dkt.  The Court does not believe that the type of hearing Amazon requests is necessary with respect to the class certification issues presented.  *See Tait v. BSH Home Appliances Corp.*, 289 F.R.D. 466, 492 (C.D. Cal. 2012) (noting that "[a]n evidentiary hearing on class certification is not required" but courts "should assess all relevant evidence" in determining whether each of the Rule 23 requirements have been met) (citing *Bouman v. Block*, 940 F.2d 1211, 1232 (9th Cir. 1990)).

Dated this 30th day of July, 2025.

John H. Chun
United States District Judge

ORDER- 2