The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF AMAZON.COM, INC.'S UNOPPOSED MOTION TO SEAL** |
| DEBORAH FRAME-WILSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:22-cv-00965-JHC |

DECLARATION OF MEREDITH DEARBORN
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I, Meredith Dearborn, declare as follows:

1. I am an attorney at the law firm Dunn Isaacson Rhee LLP, counsel for Defendant Amazon.com, Inc. ("Amazon"). I am licensed to practice law in the State of California and am admitted to practice before this Court *pro hac vice* in this action.

2. I submit this declaration in support of Amazon's Unopposed Motion to Seal Materials Filed In Connection With Plaintiffs' Motion to Compel Amazon to Produce Documents and Information Responsive to Plaintiffs' Seventh Set of Requests for Production and Fourth Set of Interrogatories ("Motion to Compel"). I make this declaration based on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

3. Attached as Exhibit A is a chart listing, for each of the Exhibits to the parties' moving papers on the Motion to Compel provisionally filed under seal: (a) the document title, (b) the docket numbers, and (c) Amazon's requested approach. As shown in the chart, Amazon moves to keep Exhibits 2–19, 21–27, 29, and 30 to the Motion to Compel under seal.

4. Attached as Exhibit B is a true and correct copy of Plaintiffs' Motion to Compel with limited redactions over a single former employee's name. *See De Coster*, Dkt. 377.

5. Attached as Exhibit C is a true and correct copy of Amazon's Opposition to the Motion to Compel with no redactions. *See De Coster*, Dkt. 390.

6. Attached as Exhibit D is Plaintiffs' Reply in Support of the Motion to Compel with limited redactions, again over the former employee's name. *See De Coster*, Dkt. 396.

7. On August 8, 2025, Plaintiffs informed Amazon that they did not oppose this request. Plaintiffs had earlier challenged Amazon's proposed additional redactions to the parties' briefing papers. While it disagreed with Plaintiffs' positions, Amazon submits this sealing request in accordance with the redactions and sealing that Plaintiffs agreed not to oppose, in an effort to reduce disputes before the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF MEREDITH DEARBORN
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Executed this 8th day of August 2025 in San Francisco, California.

s/ *Meredith Dearborn*

Meredith Dearborn

DECLARATION OF MEREDITH DEARBORN
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax