# Exhibit A

| Exhibit No. to MTC[1] | *De Coster* Docket No. | *Frame-Wilson* Docket No. | *Brown* Docket. No. | Amazon's Requested Approach |
|---|---|---|---|---|
| 2 | 378-1 | 348-1 | 217-1 | Keep provisional seal |
| 3 | 378-2 | 348-2 | 217-2 | Keep provisional seal |
| 4 | 378-3 | 348-3 | 217-3 | Keep provisional seal |
| 5 | 378-4 | 348-4 | 217-4 | Keep provisional seal |
| 6 | 378-5 | 348-5 | 217-5 | Keep provisional seal |
| 7 | 378-6 | 348-6 | 217-6 | Keep provisional seal |
| 8 | 378-7 | 348-7 | 217-7 | Keep provisional seal |
| 9 | 378-8 | 348-8 | 217-8 | Keep provisional seal |
| 10 | 378-9 | 348-9 | 217-9 | Keep provisional seal |
| 11 | 378-10 | 348-10 | 217-10 | Keep provisional seal |
| 12 | 378-11 | 348-11 | 217-11 | Keep provisional seal |
| 13 | 378-12 | 348-12 | 217-12 | Keep provisional seal |
| 14 | 378-13 | 348-13 | 217-13 | Keep provisional seal |
| 15 | 378-14 | 348-14 | 217-14 | Keep provisional seal |

---

[1] "MTC" refers to Plaintiffs' Motion to Compel Amazon to Produce Documents and Information Responsive to Plaintiffs' Seventh Set of Requests for Production and Fourth Set of Interrogatories. *De Coster et al. v. Amazon.com, Inc.*, Case No. 2:21-cv-00693-JHC, Dkt. 377; *Frame-Wilson et al. v. Amazon.com, Inc.*, Case No. 2:20-cv-00424-JHC, Dkt. 347; *Brown et al. v. Amazon.com, Inc.*, Case No. 2:22-cv-00965-JHC, Dkt. 216.

| 16 | 378-15 | 348-15 | 217-15 | Keep provisional seal |
| --- | --- | --- | --- | --- |
| 17 | 378-16 | 348-16 | 217-16 | Keep provisional seal |
| 18 | 378-17 | 348-17 | 217-17 | Keep provisional seal |
| 19 | 378-18 | 348-18 | 217-18 | Keep provisional seal |
| 21 | 378-19 | 348-19 | 217-19 | Keep provisional seal |
| 22 | 378-20 | 348-20 | 217-20 | Keep provisional seal |
| 23 | 378-21 | 348-21 | 217-21 | Keep provisional seal |
| 24 | 378-22 | 348-22 | 217-22 | Keep provisional seal |
| 25 | 378-23 | 348-23 | 217-23 | Keep provisional seal |
| 26 | 378-24 | 348-24 | 217-24 | Keep provisional seal |
| 27 | 378-25 | 348-25 | 217-25 | Keep provisional seal |
| 29 | 378-26 | 348-26 | 217-26 | Keep provisional seal |
| 30 | 378-27 | 348-27 | 217-27 | Keep provisional seal |