# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 2:21-cv-00693-JHC <br><br> **STIPULATED MOTION AND ORDER CONCERNING REDACTIONS TO ORDER ON CLASS CERTIFICATION** <br><br> NOTE ON MOTION CALENDAR: <br> September 3, 2025 |

STIPULATED MOTION AND ORDER
CONCERNING REDACTIONS TO ORDER ON CLASS CERTIFICATION
Case No. 2:21-cv-00693-JHC

1  Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties in the above-captioned action, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on August 6, 2025, the Court issued a decision granting Plaintiffs' motion for class certification and directed the parties "to file a joint statement on or before August 29, 2025, indicating what redactions, if any, should be included in the public version of the Order." ECF No. 408 at 50 ("Class Certification Order").

WHEREAS, the parties conferred in good faith regarding potential redactions and filed a joint statement on August 29, 2025, with proposed redactions reflecting Amazon's and non-party's confidential information which merits sealing.

WHEREAS, it has since come to plaintiffs' attention that good cause and compelling reasons exist to redact an additional statement in the Class Certification Order, which contains a third-party's non-public and competitively sensitive business information.

WHEREAS, Amazon does not oppose the additional redaction.

THEREFORE, the parties respectfully request that the Court grant this limited sealing request. A proposed public version of the Class Certification Order, reflecting both the previously approved redactions and the newly requested redaction, is attached as Exhibit 1.

DATED: September 3, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Steve W. Berman*
     Steve W. Berman (WSBA No. 12536)
By:   */s/ Barbara A. Mahoney*
     Barbara A. Mahoney (WSBA No. 31845)
By:   */s/ Kelly Fan*
     Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
        barbaram@hbsslaw.com
        kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean St., Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice)*
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
E-mail:   jessica.beringer@kellerpostman.com
               shane.kelly@kellerpostman.com
               ajd@kellerpostman.com

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail:   Roseann.Romano@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and the proposed Classes*

QUINN EMANUEL URQUHART SULLIVAN, LLP

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email:  steigolson@quinnemanuel.com
             davidleray@quinnemanuel.com
             nicolassiebert@quinnemanuel.com
             maxmeadows@quinnemanuel.com
             ellemahdavi@quinnemanuel.com

Aseem Chipalkatti (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Email: aseemchipalkatti@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Committee for Plaintiffs and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com
Email: emilyparsons@dwt.com

DUNN ISAACSON RHEE LLP

Karen L. Dunn (pro hac vice)
William A. Isaacson (pro hac vice)
Amy J. Mauser (pro hac vice)
Kyle Smith (pro hac vice)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

STIPULATED MOTION AND ORDER
CONCERNING REDACTIONS TO ORDER ON CLASS CERTIFICATION - 3
Case No. 2:21-cv-00693-JHC
010888-14/3274139 V1

|   |   |
|---|---|
| 1 | Meredith Dearborn (pro hac vice) |
| 2 | 345 California Street<br>Suite 600 |
| 3 | San Francisco, CA 94104-2671<br>Telephone: (202) 240-2900 |
| 4 | Email: mdearborn@dirllp.com |
| 5 | *Attorneys for Amazon.com, Inc.* |

STIPULATED MOTION AND ORDER
CONCERNING REDACTIONS TO ORDER ON CLASS CERTIFICATION - 4
Case No. 2:21-cv-00693-JHC
010888-14/3274139 V1

IT IS SO ORDERED this 5th day of September, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE