UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 2:21-cv-00693-JHC <br><br> **STIPULATED MOTION AND ORDER REGARDING SEALING OF SPECIAL MASTERS ORDERS** <br><br> **NOTE ON MOTION CALENDAR:** <br> **September 15, 2025** |
| DEBORAH FRAME-WILSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 2:22-cv-00965-JHC |

Stip. Mot. & Order re Sealing of Special Master's Orders
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC)

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the Parties in the above-captioned actions, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on July 7, 2025, the Court granted Defendant Amazon.com., Inc.'s Motion to Appoint a Special Discovery Master to Address Privilege Disputes in the above-captioned actions and authorized a special master to "enter orders necessary for the prompt and efficient resolution of any assigned disputes";

WHEREAS, on July 9, 2025, the Court granted the Parties' stipulated motion for appointment of Judge Laporte as special master in the above-captioned actions;

WHEREAS, on September 12, 2025, Judge Laporte directed the Parties to file with the Court the following orders ("Special Master's Orders"):

    a.  Special Master's Order Re Clawback Standard;

    b.  Special Master's Order Re PL Emergency Deposition;

    c.  Special Master's Order Re Second Emergency Deposition;

    d.  Special Master's Order Re PL First Submission;

    e.  Special Master's Order Re PL Second Submission;

    f.  Special Master's Order Re PL Third Submission;

    g.  Special Master's Order Re PL Fourth Submission;

    h.  Special Master's Order Re PL Fifth Submission;

    i.  Special Master's Order Re PL Seventh Submission;

    j.  Special Master's Order Re PL Eighth Submission; and

    k.  Special Master's Order Re PL Ninth Submission.

WHEREAS, the Special Master's Orders quote from or describe in detail information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon.

THEREFORE, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court and the Parties pursuant to LCR

7(d)(1) and 10(g), the Parties and their respective counsel hereby stipulate and agree to the following procedure for filing and sealing in connection with the Special Master's Orders, subject to the Court's approval:

    1.    Pursuant to the agreed-upon procedure and Local Civil Rule 5(h), the Parties will meet and confer and, as appropriate, file (1) public versions of the Special Masters Orders, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3) within 21 days after the filing of the Special Master's Orders provisionally under seal.

    2.    This procedure applies to the Special Master's Orders listed in this stipulation and any future orders or other documents prepared by the Special Master and filed by the Parties at her direction which may include Confidential or Highly Confidential-Attorneys' Eyes Only material.

IT IS SO STIPULATED.

DATED this 15th day of September, 2025.

                                      DAVIS WRIGHT TREMAINE LLP

                                      By: /s/ *John A. Goldmark*
                                          John A. Goldmark, WSBA #40980
                                          MaryAnn Almeida, WSBA #49086
                                          Emily Parsons, WSBA #57061
                                          920 Fifth Avenue, Suite 3300
                                          Seattle, WA 98104-1610
                                          Telephone: (206) 622-3150
                                          Email: JohnGoldmark@dwt.com
                                          Email: MaryAnnAlmeida@dwt.com
                                          Email: EmilyParsons@dwt.com

                                      DUNN ISAACSON RHEE LLP

                                      By: /s/ *Karen L. Dunn*
                                          Karen L. Dunn (pro hac vice)
                                          William A. Isaacson (pro hac vice)
                                          Amy J. Mauser (pro hac vice)
                                          Kyle Smith (pro hac vice)
                                          401 Ninth Street, NW
                                          Washington, DC 20004-2637
                                          Telephone: (202) 240-2900

Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn
345 California Street, Suite 600
San Francisco, CA 94104-2671
Email: mdearborn@dirllp.com

*Attorneys for Defendant Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
  Steve W. Berman, WSBA #12536
  Barbara A. Mahoney, WSBA #31845
  Kelly Fan, WSBA #56703
  1301 Second Avenue, Suite 2000
  Seattle, WA 98101
  Telephone: (206) 623-7292
  Email: steve@hbsslaw.com
  Email: barbaram@hbsslaw.com

  Anne F. Johnson (*pro hac vice*)
  594 Dean Street, Suite 24
  Brooklyn, NY 11238
  Telephone: (718) 916-3520
  Email: annej@hbsslaw.com

KELLER POSTMAN LLC

By: /s/ *Zina G. Bash*
  Zina G. Bash (*pro hac vice*)
  111 Congress Avenue, Suite 500
  Austin, TX 78701
  Telephone: (512) 690-0990
  Email: zina.bash@kellerpostman.com

  Jessica Beringer (*pro hac vice*)
  Alex Dravillas (*pro hac vice*)
  Shane Kelly (*pro hac vice*)
  150 North Riverside Plaza, Suite 4100
  Chicago, IL 60606
  Telephone: (312) 741-5220
  Email: jessica.beringer@kellerpostman.com
  Email: ajd@kellerpostman.com

Email: shane.kelly@kellerpostman.com

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Roseann.Romano@kellerpostman.com

*Co-Lead Class Counsel for the De Coster Class and Interim Co-Lead Counsel for Plaintiffs and the proposed Classes in Frame-Wilson and Brown*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/  *Steig D. Olson*
　　Steig D. Olson (*pro hac vice*)
　　David D. LeRay (*pro hac vice*)
　　Nic V. Siebert (*pro hac vice*)
　　Maxwell P. Deabler-Meadows (*pro hac vice*)
　　Elle Mahdavi (*pro hac vice*)
　　295 Fifth Ave.
　　New York, NY 10016
　　Telephone: (212) 849-7000
　　Email: steigolson@quinnemanuel.com
　　Email: davidleray@quinnemanuel.com
　　Email: nicolassiebert@quinnemanuel.com
　　Email: maxmeadows@quinnemanuel.com


Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the De Coster Class and Interim Executive Committee for Plaintiffs and the Proposed Classes in Frame-Wilson and Brown*

**ORDER**

The Court GRANTS the Parties' stipulated motion. The Parties shall have 21 days after the filing of the provisionally sealed Special Masters Orders to (1) file public versions of the Special Master Orders, with necessary redactions, and (2) file corresponding motion(s) to seal pursuant to LCR 5(g)(3). It is further ORDERED that this procedure applies to the Special Master's Orders listed in the parties' stipulated motion and any future orders or other documents prepared by the Special Master and filed by the Parties at her direction which may include Confidential or Highly Confidential-Attorneys' Eyes Only material.

IT IS SO ORDERED this 15th day of September, 2025.

John H. Chun
United States District Judge