UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER et al., on behalf of themselves and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | CASE NO. 2:21-cv-00693-JHC<br><br>ORDER |

Before the Court is the parties' "Joint LCR 37(2) Submission Regarding the Parties' Respective Trial Schedule Proposals." Dkt. # 422. The Court has considered the submission, the rest of the record, and the Court's trial calendar. Being fully advised, the Court sets trial in this matter for **Monday, October 5, 2026**. The pretrial conference will take place at 1:30 pm on Monday, September 21, 2026.

The Court DIRECTS the parties to (1) meet and confer regarding the pretrial schedule; and (2) by Friday, October 3, 2025, either file a stipulated motion or joint submission regarding the schedule.

//

//

ORDER - 1

Dated this 19th day of September, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2