UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 2:21-cv-00693-JHC <br><br> **ORDER RE: TRIAL DATE** |

Before the Court is Amazon.com, Inc.'s Motion to Reset Trial Date. Dkt. # 433. The Court has considered the materials filed in support of and in opposition to the motion, pertinent parts of the record, and the governing law. Being fully advised, the Court rules as follows:

Amazon has shown good cause to reset the trial date. Thus, the Court VACATES the order at Dkt. # 431 and sets trial in this matter for **Monday, June 14, 2027**. The pretrial conference will take place at 9:00 a.m. on Friday, May 28, 2027.

The Court DIRECTS the parties to (1) meet and confer regarding the pretrial schedule; and (2) by Thursday, October 23, 2025, either file a stipulated motion or joint submission regarding the schedule.

ORDER RE: TRIAL DATE
(2:21-cv-00693-JHC) - 1

Dated this 9th day of October, 2025.

_____
John H. Chun
United States District Judge