UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING AMAZON.COM, INC.'S UNOPPOSED SECOND MOTION TO SEAL SPECIAL MASTER'S ORDERS** |
| DEBORAH FRAME-WILSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:22-cv-00965-JHC |

ORDER GRANTING MOTION TO SEAL
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC)

1   This matter comes before the Court on Amazon's Unopposed Second Motion to Seal
2   Special Master's Orders. The Court, having considered the Unopposed Motion and all other
3   papers submitted, and for good cause shown, GRANTS the Motion and ORDERS that the
4   redacted versions of Special Master's Orders in Exhibits 1–3 be filed in the public record as
5   identified.
6   IT IS SO ORDERED this 9th day of October, 2025.

*[signature: John H. Chun]*

John H. Chun
UNITED STATES DISTRICT JUDGE