UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 2:21-cv-00693-JHC <br><br> **STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR FEES** <br><br> **NOTE ON MOTION CALENDAR:** <br> **October 29, 2025** |
| DEBORAH FRAME-WILSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 2:22-cv-00965-JHC |

The Parties in the above-captioned actions, by and through their respective undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

1. On October 22, 2025, Plaintiffs in the above-captioned actions filed a Motion for Attorneys' Fees and Costs. *See De Coster*, Dkt. 456; *Frame-Wilson*, Dkt. 413; *Brown*, Dkt. 268. Plaintiffs' Motion is noted for December 4, 2025.

2. The Parties have conferred regarding a briefing schedule for Plaintiff's Motion, and they jointly stipulate to and propose the following deadlines:

| Event | Proposed Deadline |
|---|---|
| Amazon's Response to Plaintiffs' Motion | November 21, 2025 |
| Plaintiffs' Reply | December 4, 2025 |

3. Good cause exists for the Court to adopt this briefing schedule to afford adequate time for the Parties to brief Plaintiffs' Motion and in light of intervening holidays.

IT IS SO STIPULATED.

DATED this 29th day of October, 2025.

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
    MaryAnn Almeida, WSBA #49086
    Emily Parsons, WSBA #57061
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Email: JohnGoldmark@dwt.com
    Email: MaryAnnAlmeida@dwt.com
    Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP

By: */s/ Karen L. Dunn*
    Karen L. Dunn (*pro hac vice*)

Stip. Mot. & Order re Briefing Schedule for Motion for Fees
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC) - 1

William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Email: mdearborn@dirllp.com

*Attorneys for Defendant Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
  Steve W. Berman, WSBA #12536
  Barbara A. Mahoney, WSBA #31845
  Kelly Fan, WSBA #56703
  1301 Second Avenue, Suite 2000
  Seattle, WA 98101
  Telephone: (206) 623-7292
  Email: steve@hbsslaw.com
  Email: barbaram@hbsslaw.com

  Anne F. Johnson (*pro hac vice*)
  594 Dean Street, Suite 24
  Brooklyn, NY 11238
  Telephone: (718) 916-3520
  Email: annej@hbsslaw.com

KELLER POSTMAN LLC

  Zina G. Bash (*pro hac vice*)
  111 Congress Avenue, Suite 500
  Austin, TX 78701
  Telephone: (512) 690-0990
  Email: zina.bash@kellerpostman.com

  Jessica Beringer (*pro hac vice*)
  Alex Dravillas (*pro hac vice*)
  Shane Kelly (*pro hac vice*)

150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: ajd@kellerpostman.com
Email: shane.kelly@kellerpostman.com

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: (202) 918-1123
Email: Roseann.Romano@kellerpostman.com

*Co-Lead Class Counsel for the De Coster Class and Interim Co-Lead Counsel for Plaintiffs and the proposed Classes in Frame-Wilson and Brown*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Ave.
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the De Coster Class and Interim Executive Committee for Plaintiffs and the Proposed Classes in Frame-Wilson and Brown*

Stip. Mot. & Order re Briefing Schedule for Motion for Fees
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC) - 3

## ORDER

The Court GRANTS the Parties' stipulated motion and ORDERS the following briefing schedule:

| Event | Deadline |
|---|---|
| Amazon's Response to Plaintiffs' Motion | November 21, 2025 |
| Plaintiffs' Reply | December 4, 2025 |

IT IS SO ORDERED this 29th day of October, 2025.

*John H. Chun*
John H. Chun
United States District Judge