UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

Case No. 2:21-cv-00693-JHC

**ORDER**

ORDER
CASE NO. 2:21-CV-00693-JHC

Before the Court is Plaintiffs' Motion to Modify the Scheduling Order Re: Trial Date. Dkt. # 450. The Court has considered the materials filed in support of and in opposition to the motion, pertinent parts of the record, and the governing law. Being fully advised, the Court does not find good cause to modify the case schedule as requested. Accordingly, the Court DENIES the motion.

Dated: November 10, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1
CASE NO. 2:21-CV-00693-JHC