# Exhibit A

1  ROB BONTA (SBN 202668)
   Attorney General of California
2  PAULA BLIZZARD (SBN 207920)
   Senior Assistant Attorney General
3  NATALIE S. MANZO (SBN 155655)
   JAMIE L. MILLER (SBN 271452)
4  STEPHEN R. SMEREK (SBN 208343)
   Supervising Deputy Attorneys General
5  300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
6  Telephone: (213) 269-6000

7  *Attorneys for Plaintiff and Cross-Defendant*
   *The People of the State of California*
8
   HEIDI K. HUBBARD *(pro hac vice)*
9  JOHN E. SCHMIDTLEIN (Bar No. 163520)
   KEVIN M. HODGES *(pro hac vice)*
10 WILLIAMS & CONNOLLY LLP
   680 Maine Ave. SW
11 Washington, DC 20024
   Tel.: (202) 434-5000
12
   JEFFREY M. DAVIDSON (Bar No. 248620)
13 COVINGTON & BURLING, LLP
   415 Mission Street, Suite 5400
14 San Francisco, CA 94105
   Tel: (415) 591-6000
15
   *Attorneys for Defendant and Cross-Complainant*
16 *Amazon.com, Inc.*

17 *(additional counsel listed below)*

FILED
San Francisco County Superior Court
DEC 12 2025
CLERK OF THE COURT
BY: _____ Deputy Clerk

18          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
                **IN AND FOR THE COUNTY OF SAN FRANCISCO**

19

| | |
|---|---|
| 20  THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No. CGC-22-601826 |
| 21          Plaintiff/Cross-Defendant, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE |
| 22    v. | |
| 23  AMAZON.COM, INC., | Dept.: 304 |
| 24          Defendant/Cross-Complainant. | Judge: Hon. Ethan P. Schulman |
| 25 | Action Filed:  September 15, 2022<br>Trial Date:     October 19, 2026 |

26
27
28

---

STIPULATION AND PROPOSED ORDER TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE

**STIPULATION AND [PROPOSED] ORDER TO
CONTINUE PRETRIAL DEADLINES AND TRIAL DATE**

WHEREAS, on June 20, 2025, the Court continued the trial in this action to October 19, 2026, and also modified the pretrial schedule in this Action, *see* Order After June 20, 2025 Case Management Conference; and

WHEREAS, the parties have been working to coordinate pretrial discovery in this Action with six other pending actions in other jurisdictions, *see* December 6, 2024 Stipulated Amended Coordination Protocol[1]; and

WHEREAS, on October 1, 2025, the Court in the *FTC* Action entered a stay in light of the ongoing federal government shutdown, *see FTC v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC, ECF 548 (W.D. Wash.); and

WHEREAS, at the time the stay was entered in the *FTC* Action, the parties had yet to complete a number of depositions, many of which were depositions of third-party witnesses, that were set to be coordinated with the *FTC* Action; and

WHEREAS, because of the stay in the *FTC* Action, these coordinated depositions were continued until after the stay had been lifted; and

WHEREAS, on November 18, 2025, the Court in the *FTC* Action lifted the stay of proceedings in that action, *see* No. 2:23-cv-01495-JHC, ECF 556 (W.D. Wash.); and

WHEREAS, the parties have been working diligently to reschedule outstanding coordinated depositions now that the stay has been lifted in the *FTC* Action; and

WHEREAS, the majority of the outstanding coordinated depositions are likely to be rescheduled for January 2026 in order to accommodate the availability of witnesses, many of whom are unavailable in December due to professional and personal commitments; and

---

[1] Those actions are: *Federal Trade Commission, et al. v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC (W.D. Wa.) (the "*FTC* Action"); *Frame-Wilson et al. v. Amazon.com Inc.*, No. 2:20-cv-00424-JHC (W.D. Wa.); *De Coster et al. v. Amazon.com, Inc.*, No. 2:21-cv-00693-JHC (W.D. Wa.); *Brown et al. v. Amazon.com, Inc.*, No. 22-cv-00965-JHC (W.D. Wa.); *Mbadiwe et al. v. Amazon.com, Inc.*, No. 1:22-cv-9542-VSB (S.D.N.Y.); and *District of Columbia v. Amazon.com, Inc.*, No. 2021-CA-001775-B (D.C. Super. Ct.),

1

WHEREAS, the opportunity to complete the outstanding coordinated depositions before finalizing and serving opening expert reports will increase the efficiency and effectiveness of the parties' respective expert disclosures; and

WHEREAS, Amazon has represented that it anticipates a continuation of both existing pre-trial deadlines and the trial date in the *FTC* Action in light of the federal government shutdown and the associated stay of proceedings in the *FTC* Action; and

WHEREAS, the parties in this Action are seeking a reasonable adjustment and extension of time for the remaining pretrial deadlines in this Action, as well as a resulting continuation of the trial date, which will allow the parties to complete outstanding coordinated discovery;

NOW THEREFORE, the Parties jointly stipulate and ask that the Court order as follows:

1) The trial date be continued from October 19, 2026 to January 19, 2027;

2) The deadline to serve opening expert reports be continued to from December 31, 2025 to February 13, 2026.

3) The deadline to serve rebuttal expert reports be continued from March 16, 2026 to April 29, 2026.

4) The deadline to serve reply expert reports be continued from May 25, 2026 to July 8, 2026.

5) The deadline for the close of expert discovery be continued from June 22, 2026 to August 5, 2026.

6) The deadline to file dispositive motions be continued from May 22, 2026 to August 18, 2026.

7) The deadline to file oppositions to dispositive motions be continued from July 1, 2026 to October 2, 2026.

8) The deadline to file replies in support of any dispositive motions be continued from July 29, 2026 to November 2, 2026.

9) A mediation and/or settlement conference shall be set for no later than October 22, 2026.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

3  DATED: December 12, 2025                    Respectfully submitted,

4  By: */s/ Jamie L. Miller*                  By: */s/ Jeffrey M. Davidson*
       Jamie L. Miller                              Jeffrey M. Davidson

6  Rob Bonta (SBN 202668)                     Heidi K. Hubbard *(pro hac vice)*
   Attorney General of California             John E. Schmidtlein (Bar No. 163520)
   Paula Blizzard (SBN 207920)                Kevin M. Hodges *(pro hac vice)*
7  Senior Assistant Attorney General          Jonathan B. Pitt *(pro hac vice)*
   Natalie S. Manzo (SBN 155655)              Carl R. Metz *(pro hac vice)*
8  Jamie L. Miller (SBN 271452)               Carol J. Pruski (Bar No. 275953)
   Stephen R. Smerek (SBN 208343)             WILLIAMS & CONNOLLY LLP
9  Supervising Deputy Attorneys General       680 Maine Ave. SW
   Lonnie A. Browne (SBN 293171)              Washington, DC 20024
10 Matthew E. Campbell (SBN 312093)           Tel.: (202) 434-5000
   Elliott E. Dionisio (SBN 294539)           Fax: (202) 434-5029
11 Carolyn D. Jeffries (SBN 319595)
   Nell G. Moley (SBN 295498)                 Jeffrey M. Davidson (Bar No. 248620)
12 Komal K. Patel (SBN 342765)                Cortlin H. Lannin (Bar No. 266488)
   Lauren J. Pomeroy (SBN 291604)             Neema T. Sahni (Bar No. 274240)
13 Deputy Attorneys General                   COVINGTON & BURLING, LLP
   300 South Spring Street, Suite 1702        415 Mission Street, Suite 5400
14 Los Angeles, CA 90013                      San Francisco, CA 94105
   Tel: (213) 269-6000                        Tel: (415) 591-6000
15                                            Fax: (415) 591-6091

16 *Attorneys for Plaintiff and Cross-Defendant,*   *Attorneys for Defendant and Cross-Claimant,*
   *The People of the State of California*          *Amazon.com, Inc.*

## [~~PROPOSED~~] ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

DATED: Dec. 12, 2025                         _____
                                             Hon. Ethan P. Schulman
                                             Judge of the Superior Court

3
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE

# CERTIFICATE OF ELECTRONIC SERVICE
## (CCP 1010.6, and CRC 2.251)

I, Edward Santos, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On December 12, 2025, I electronically served:

**ORDER ON STIPULATION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE**

via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Date: DEC 1 2 2025

Brandon E. Riley, Court Executive Officer

By: *Edward J. SL*

Edward Santos, Deputy Clerk