UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RESET TRIAL FOR NOVEMBER 2, 2026 AND ENTER PRETRIAL SCHEDULE** |

Upon consideration of Plaintiffs' Motion to Reset Trial Date for November 2, 2026, and Enter Pretrial Schedule, the materials filed in support of and in opposition to the motion, pertinent parts of the record, and the governing law, the Court GRANTS Plaintiffs' Motion and issues the following Case Scheduling Order:

| Deadline | Date |
| --- | --- |
| Reports of testifying experts on issues on which the party bears the burden of proof | February 27, 2026 |
| Rebuttal Reports | April 10, 2026 |
| Parties exchange proposed dates for expert depositions | April 17, 2026 |
| Parties schedule expert deposition | April 30, 2026 |
| Reply Reports | May 14, 2026 |
| Expert Depositions | June 1, 2026 |
| Summary Judgment, Daubert, & Decertification | June 15, 2026 |
| Opposition Briefs | July 20, 2026 |
| Reply Briefs | August 17, 2026 |
| Mediation | September 4, 2026 |
| Plaintiffs' Pretrial Statement | September 2, 2026 |
| Defendant's Pretrial Statement | September 14, 2026 |
| Attorney Conference | September 22, 2026 |
| Motions in Limine | September 25, 2026 |
| Proposed Pretrial Order | October 2, 2026 |
| Deposition designations | October 2, 2026 |
| Pretrial conference | October 21, 2026 |
| Trial Briefs | October 29, 2026 |
| **Trial** | **November 2, 2026** |

IT IS SO ORDERED.

Dated: _____  _____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE