UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER TO AMEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO RESET TRIAL**<br><br>**NOTE ON MOTION CALENDAR**: December 18, 2025 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties and their respective counsel hereby stipulate and agree to extend the deadline for Amazon to respond to Plaintiffs' Motion to Reset Trial, subject to the Court's approval, as follows:

1. On December 15, 2025, Plaintiffs filed their Motion to Reset Trial. Dkt. 481.

2. Under the Local Civil Rule 7(d)(2), Amazon's response is due December 24, 2025. Plaintiffs' reply would be due five days later.

3. In light of the upcoming holidays and end-of-year schedules, counsel for both parties have conferred and stipulate (subject to the Court's approval) that Amazon shall file its response to Plaintiffs' motion to reset trial by January 5, 2026, and Plaintiffs shall file any reply by January 12, 2026.

//

//

STIPULATED MOTION & ORDER TO AMEND
BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO RESET TRIAL
(No. 2:21-cv-00693-JHC) - 1

IT IS SO STIPULATED.

DATED this 18th day of December, 2025.

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                By: */s/ John A. Goldmark*
                     John A. Goldmark, WSBA #40980
                     MaryAnn Almeida, WSBA #49086
                     Emily Parsons, WSBA #57061
                     920 Fifth Avenue, Suite 3300
                     Seattle, WA 98104-1610
                     Telephone: (206) 622-3150
                     Email: johngoldmark@dwt.com
                     Email: maryannalmeida@dwt.com
                     Email: emilyparsons@dwt.com

                DUNN ISAACSON RHEE LLP

                By: */s/ Karen L. Dunn*
                     Karen L. Dunn (*pro hac vice*)
                     William A. Isaacson (*pro hac vice*)
                     Amy J. Mauser (*pro hac vice*)
                     Kyle Smith (*pro hac vice*)
                     401 Ninth Street, NW
                     Washington, DC 20004-2637
                     Telephone: (202) 240-2900
                     Email: kdunn@dirllp.com
                     Email: wisaacson@dirllp.com
                     Email: amauser@dirllp.com
                     Email: ksmith@dirllp.com

                     Meredith Dearborn (*pro hac vice*)
                     345 California Street
                     Suite 600
                     San Francisco, CA 94104-2671
                     Telephone: (202) 240-2900
                     Email: mdearborn@dirllp.com

                *Attorneys for Amazon.com, Inc.*


                HAGENS BERMAN SOBOL SHAPIRO LLP

                By: */s/ Steve W. Berman*
                     Steve W. Berman, WSBA #12536

                      By: */s/ Barbara A. Mahoney*
                           Barbara A. Mahoney, WSBA #31845
                      By: */s/ Kelly Fan*
                           Kelly Fan, WSBA #56703
                           1301 Second Avenue, Suite 2000
                           Seattle, WA 98101
                           Telephone: (206) 623-7292
                           Email: steve@hbsslaw.com
                           Email: barbaram@hbsslaw.com

                           Anne F. Johnson (*pro hac vice*)
                           594 Dean Street, Suite 8
                           Brooklyn, NY 11238
                           Telephone: (718) 916-3520
                           Email: annej@hbsslaw.com

KELLER POSTMAN LLC

                           Jessica Beringer (*pro hac vice*)
                           Alex Dravillas (*pro hac vice*)
                           Shane Kelly (*pro hac vice*)
                           150 North Riverside Plaza, Suite 4100
                           Chicago, IL 60606
                           Telephone: (312) 741-5220
                           Email: jessica.beringer@kellerpostman.com
                           Email: ajd@kellerpostman.com
                           Email: shane.kelly@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and the Class*


QUINN EMANUEL URQUHART & SULLIVAN, LLP

                           Steig D. Olson (*pro hac vice*)
                           David D. LeRay (*pro hac vice*)
                           Nic V. Siebert (*pro hac vice*)
                           Maxwell P. Deabler-Meadows (*pro hac vice*)
                           Elle Mahdavi (*pro hac vice*)
                           295 Fifth Ave.
                           New York, NY 10016
                           Telephone: (212) 849-7000
                           Email: steigolson@quinnemanuel.com
                           Email: davidleray@quinnemanuel.com
                           Email: nicolassiebert@quinnemanuel.com
                           Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Committee for Plaintiffs and the Class*

**ORDER**

The Court GRANTS the Parties' stipulated motion and orders that Amazon shall file its response to Plaintiffs' Motion to Reset Trial (Dkt. 481) by January 5, 2026, and Plaintiffs shall file any reply by January 12, 2026. The Court DIRECTS the Clerk to renote the motion at Dkt. # 481 to January 12, 2026.

IT IS SO ORDERED this 18th day of December, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE