UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-00693-JHC<br><br>ORDER |

Before the Court is Plaintiffs' Motion to Reset Trial for November 2, 2026 and Enter Pretrial Schedule. Dkt. # 481. The Court has reviewed the materials filed in support of and in opposition to the motion, the record, and the governing law. Being fully advised, the Court concludes that good cause does not exist to reset the trial date. Accordingly, it DENIES Plaintiffs' Motion (Dkt. # 481). The Court is not inclined to again reset the trial date.

Dated this 28th day of January, 2026.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1