UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated, | Case No. 2:21-cv-00693-JHC |
| Plaintiffs, | **STIPULATED MOTION AND ORDER REGARDING PRETRIAL SCHEDULE** |
| v. | **NOTE ON MOTION CALENDAR:** February 19, 2026 |
| AMAZON.COM, INC., a Delaware corporation, | |
| Defendant. | |

STIPULATED MOTION AND ORDER REGARDING
PRETRIAL SCHEDULE
(Case No. 2:21-cv-00693-JHC)

The parties in the above-caption action, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

1.    On September 19, 2025, the Court set trial in this matter for October 5, 2026, and directed the parties to "meet and confer regarding the pretrial schedule." Dkt. 431.

2.    On October 3, 2025, the parties submitted, via a joint submission, a proposed pretrial schedule assuming an October 5, 2026 trial date. Dkt. 437. The Court did not adopt or so-order that schedule.

3.    On October 9, 2025, the Court reset trial in this matter for June 14, 2027. Dkt. 445.

4.    The parties have since met and conferred on a new proposed pretrial schedule in light of the June 14, 2027 trial date;

THEREFORE, the parties stipulate and agree (subject to the Court's approval) the following pretrial schedule:

| Event | Deadline |
|---|---|
| Disclosure of opening reports of testifying experts from parties bearing the burden of proof on an issue | May 1, 2026 |
| Disclosure of rebuttal expert reports | July 9, 2026 |
| Parties to exchange proposed dates for expert depositions | August 20, 2026 |
| Disclosure of reply expert reports | September 11, 2026 |
| Deadline for parties to schedule expert depositions | September 21, 2026 |
| Expert depositions and close of expert discovery | October 9, 2026 |
| Deadline to file Summary judgment, *Daubert*, and Decertification Motions | October 30, 2026 |
| Opposition briefs to any Summary judgment, *Daubert*, and Decertification Motions | January 8, 2027 |
| Reply briefs in support of any Summary judgment, *Daubert*, and Decertification Motions | February 12, 2027 |
| Mediation | March 5, 2027 |
| Plaintiffs' Pretrial Statement | March 19, 2027 |

STIPULATED MOTION AND ORDER REGARDING
PRETRIAL SCHEDULE - 1
(Case No. 2:21-cv-00693-JHC)

| Event | Deadline |
|---|---|
| Plaintiffs serve deposition designations | March 19, 2027 |
| Plaintiffs serve proposed jury instructions, voir dire, and verdict form | March 19, 2027 |
| Parties exchange trial exhibit lists | March 19, 2027 |
| Defendant's Pretrial Statement | April 2, 2027 |
| Defendant serves deposition designations | April 2, 2027 |
| Parties serve objections and counter-designations to deposition designations | April 16, 2027 |
| Defendant serves revisions to Plaintiffs' proposed jury instructions, voir dire, and verdict form, as well as any additional proposed jury instructions | April 16, 2027 |
| Parties exchange objections to trial exhibits | April 16, 2027 |
| Attorney Conference | May 4, 2027 |
| Deadline to file any Motions in limine | May 7, 2027 |
| Parties serve reply deposition designations | May 7, 2027 |
| Plaintiffs serve revised jury instructions, voir dire, and verdict form, including plaintiffs' arguments for disputed instructions, and revisions to Defendant's additional proposed jury instructions | May 7, 2027 |
| Defendant serves their portion of disputed jury instructions, voir dire, and verdict form, including Defendant's arguments for its portion of disputed jury instructions | May 14, 2027 |
| Proposed Pretrial Order | May 14, 2027 |
| Deposition designations submitted to the Court | May 14, 2027 |
| Proposed agreed-upon and disputed jury instructions, voir dire, and verdict form submitted to the Court | May 21, 2027 |
| Responses to any Motions in Limine | May 21, 2027 |
| Pretrial Conference | May 28, 2027 |
| Trial briefs | May 28, 2027 |
| Trial | June 14, 2027 |

STIPULATED MOTION AND ORDER REGARDING
PRETRIAL SCHEDULE - 2
(Case No. 2:21-cv-00693-JHC)

IT IS SO STIPULATED.

DATED: February 19, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ John Goldmark*
    John A. Goldmark, WSBA #40980
    MaryAnn Almeida, WSBA #49086
    Emily Parsons, WSBA #57061
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone:  (206) 622-3150
    Email:  johngoldmark@dwt.com
    Email:  maryannalmeida@dwt.com
    Email:  emilyparsons@dwt.com

DUNN ISAACSON RHEE LLP

By: */s/ Karen Dunn*
    Karen L. Dunn (*pro hac vice*)
    William A. Isaacson (*pro hac vice*)
    Amy J. Mauser (*pro hac vice*)
    Kyle Smith (*pro hac vice*)
    401 Ninth Street, NW
    Washington, D.C. 20004-2637
    Telephone: (202) 240-2900
    Email: kdunn@dirllp.com
    Email: wisaacson@dirllp.com
    Email:  amauser@dirllp.com
    Email:  ksmith@dirllp.com

    Meredith Dearborn *(pro hac vice)*
    345 California Street
    Suite 600
    San Francisco, CA 94104-2671
    Telephone:  (202) 240-2900
    Email:  mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*


HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman, WSBA #12536
By: */s/ Barbara A. Mahoney*
    Barbara A. Mahoney, WSBA #31845
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

STIPULATED MOTION AND ORDER REGARDING
PRETRIAL SCHEDULE - 3
(Case No. 2:21-cv-00693-JHC)

Telephone:  (206) 623-7292
Email:  steve@hbsslaw.com
Email:  barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone:  (718) 916-3520
Email:  annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone:  (312) 741-5220
Email:  jessica.beringer@kellerpostman.com
Email:  shane.kelly@kellerpostman.com
Email:  ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone:  (202) 983-5484
Email: roseann.romano@kellerpostman.com

*Co-Lead Counsel for the Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: */s/ Matthew Hosen*
    Matthew Hosen, WSBA #54855
    1109 First Avenue, Suite 210
    Seattle, WA 98101
    Telephone:  (206) 905-7000
    Email:  matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000

STIPULATED MOTION AND ORDER REGARDING
PRETRIAL SCHEDULE - 4
(Case No. 2:21-cv-00693-JHC)

Email:  steigolson@quinnemanuel.com
Email:  davidleray@quinnemanuel.com
Email:  nicolassiebert@quinnemanuel.com
Email:  maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:  (213) 443-3000
Email:  adamwolfson@quinnemanuel.com

*Executive Counsel for the Class*

STIPULATED MOTION AND ORDER REGARDING
PRETRIAL SCHEDULE - 5
(Case No. 2:21-cv-00693-JHC)

**ORDER**

The Court GRANTS the Parties' stipulated motion and ORDERS the following pretrial schedule:

| Event | Deadline |
| --- | --- |
| Disclosure of opening reports of testifying experts from parties bearing the burden of proof on an issue | May 1, 2026 |
| Disclosure of rebuttal expert reports | July 9, 2026 |
| Parties to exchange proposed dates for expert depositions | August 20, 2026 |
| Disclosure of reply expert reports | September 11, 2026 |
| Deadline for parties to schedule expert depositions | September 21, 2026 |
| Expert depositions and close of expert discovery | October 9, 2026 |
| Deadline to file Summary judgment, *Daubert*, and Decertification Motions | October 30, 2026 |
| Opposition briefs to any Summary judgment, *Daubert*, and Decertification Motions | January 8, 2027 |
| Reply briefs in support of any Summary judgment, *Daubert*, and Decertification Motions | February 12, 2027 |
| Mediation | March 5, 2027 |
| Plaintiffs' Pretrial Statement | March 19, 2027 |
| Plaintiffs serve deposition designations | March 19, 2027 |
| Plaintiffs serve proposed jury instructions, voir dire, and verdict form | March 19, 2027 |
| Parties exchange trial exhibit lists | March 19, 2027 |
| Defendant's Pretrial Statement | April 2, 2027 |
| Defendant serves deposition designations | April 2, 2027 |
| Parties serve objections and counter-designations to deposition designations | April 16, 2027 |
| Defendant serves revisions to Plaintiffs' proposed jury instructions, voir dire, and verdict form, as well as any additional proposed jury instructions | April 16, 2027 |

STIPULATED MOTION AND ORDER REGARDING
PRETRIAL SCHEDULE - 6
(Case No. 2:21-cv-00693-JHC)

| Event | Deadline |
|---|---|
| Parties exchange objections to trial exhibits | April 16, 2027 |
| Attorney Conference | May 4, 2027 |
| Deadline to file any Motions in limine | May 7, 2027 |
| Parties serve reply deposition designations | May 7, 2027 |
| Plaintiffs serve revised jury instructions, voir dire, and verdict form, including plaintiffs' arguments for disputed instructions, and revisions to Defendant's additional proposed jury instructions | May 7, 2027 |
| Defendant serves their portion of disputed jury instructions, voir dire, and verdict form, including Defendant's arguments for its portion of disputed jury instructions | May 14, 2027 |
| Proposed Pretrial Order | May 14, 2027 |
| Deposition designations submitted to the Court | May 14, 2027 |
| Proposed agreed-upon and disputed jury instructions, voir dire, and verdict form submitted to the Court | May 21, 2027 |
| Responses to any Motions in Limine | May 21, 2027 |
| Pretrial Conference | May 28, 2027 |
| Trial briefs | May 28, 2027 |
| Trial | June 14, 2027 |

IT IS ORDERED this 19th day of February, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER REGARDING
PRETRIAL SCHEDULE - 7
(Case No. 2:21-cv-00693-JHC)