The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH DE COSTER, *et al.*,

                Plaintiffs,

    v.

AMAZON.COM, INC.,

                Defendant.

Case No. 2:21-cv-00693-JHC

**AMAZON.COM, INC.'S LIST OF ALTERNATIVE DOMAIN NAMES FOR CLASS NOTICE**

AMAZON'S LIST OF ALTERNATIVE
DOMAIN NAMES FOR CLASS NOTICE
(2:21-cv-00693-JHC)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Amazon respectfully proposes the below list of potential class notice domain names in response to the Court's Order on Plaintiff's Motion to Approve the Form and Manner of Class Notice. Dkt. 508.

- [www.DeCosterAmazonAntitrustLawsuit.com](http://www.DeCosterAmazonAntitrustLawsuit.com)

- [www.DeCosterAmazonAntitrustLitigation.com](http://www.DeCosterAmazonAntitrustLitigation.com)

- [www.DeCosterAmazonLawsuit.com](http://www.DeCosterAmazonLawsuit.com)

- [www.DeCosterAmazonClassAction.com](http://www.DeCosterAmazonClassAction.com)

- [www.DeCosterAmazonAntitrustClassAction.com](http://www.DeCosterAmazonAntitrustClassAction.com)

- [www.AmazonAntitrustLawsuit.com](http://www.AmazonAntitrustLawsuit.com)

- [www.AmazonAntitrustLitigation.com](http://www.AmazonAntitrustLitigation.com)

- [www.AmazonAntitrustClassAction.com](http://www.AmazonAntitrustClassAction.com)

The proposed domain included in Plaintiffs' reply brief, AmazonMarketplaceLawsuit.com, is uninformative because most Amazon customers do not think of Amazon as a marketplace and potentially prejudicial and misleading as to a key contested issue in the litigation.  Plaintiffs contend that the relevant market is online marketplaces; Amazon disagrees because consumers, like Plaintiffs, interchangeably shop for the same products through multiple retail channels, including but not limited to, physical stores, online specialty stores, direct-to-consumer websites, buy online, pick-up in store, and social media sites.  It is therefore prejudicial to Amazon to include "marketplace" in the domain name.

Each of the names put forward by Amazon is neutral and does not embrace the position of either side in the litigation on market definition.

Furthermore, a URL that embraces the short-form case caption for the action—*i.e.*, De Coster v. Amazon—is far superior to Plaintiffs' proposal insofar as it will cause the URL to match closely with the case title on the notice documentation that is being sent to class members. For instance, "De Coster v. Amazon" or a variant thereof appears several times on the class notice form, including under key sections: "What is the lawsuit about?" and "How do I exclude myself

AMAZON'S LIST OF ALTERNATIVE
DOMAIN NAMES FOR CLASS NOTICE
(2:21-cv-00693-JHC) - 1

from the Class?" Moreover, it will allow differentiation with respect to other antitrust actions brought against Amazon.

DATED this 6th day of April, 2026.

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com
Email: emilyparsons@dwt.com

DUNN ISAACSON RHEE LLP

By: */s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street
Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Email: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

AMAZON'S LIST OF ALTERNATIVE
DOMAIN NAMES FOR CLASS NOTICE
(2:21-cv-00693-JHC) - 2