UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER ET AL., | CASE NO. 2:21-cv-00693-JHC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The parties are DIRECTED to confer regarding "Amazon.com, Inc.'s List of Alternative Domain Names for Class Notice" (Dkt. # 509) and file a Joint Status Report on this issue on or before April 17, 2026. The Court notes that should the parties be unable to agree on the domain name, it is tentatively inclined to select either the first or fifth option from Defendant's list.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 9th day of April 2026.

MINUTE ORDER - 1

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2