UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-CV-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING EXTENSION OF TIME FOR COMPLYING WITH THE COURT'S ORDER APPROVING THE FORM AND MANNER OF CLASS NOTICE**<br><br>**NOTE ON MOTION CALENDAR:**<br>April 14, 2026 |

STIPULATED MOTION AND ORDER RE:
EXTENSION OF TIME FOR COMPLYING
WITH THE FORM AND MANNER OF CLASS NOTICE
(2:21-CV-00693-JHC) - 1

Plaintiffs in the above-captioned action and Defendant Amazon.com, Inc. ("Amazon") (collectively, the "Parties") have met and conferred with respect to Amazon's deadline for providing contact data to the class notice administrator, Epiq Class Action & Claims Solutions, Inc. and its business unit, Hilsoft Notifications, ("Epiq") in response to the Court's March 30, 2026 Order (Dkt. 508) (the "Notice Order") granting in part the Plaintiffs' Motion to Approve the Form and Manner of Class Notice (Dkt. 484) and LCR 7(j).  The Parties, by and through their respective undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

1. In its Notice Order, the Court directed Amazon to "provide the direct contact data for class members in its possession to Epiq within 15 days of this Order." Dkt. 508 at 6.

2. In accordance with Notice Order, Amazon has diligently prepared to begin executing the query that will generate the relevant contact data and transmit such data to Epiq, shortly after Epiq has provided confirmation of adequate and agreed upon implementation of appropriate security measures with respect to data files containing personally identifiable information ("PII") for hundreds of millions of class members in this litigation.

3. Plaintiffs and Amazon agree that it is in the interest of all parties for Epiq to address and implement the security measures that will be applied with respect to that PII prior to Amazon's extraction and transmission of the PII to Epiq. Plaintiffs, Amazon, and Epiq require a short extension of time to continue to discuss and resolve issues surrounding implementation of those security measures.

4. Amazon's deadline for providing the relevant contact data shall therefore be extended by two weeks, from April 14, 2026 to April 28, 2026.

5. As per page 6, lines 14-15 of the Notice Order, the deadline to begin the notice program shall be 30 days from the date on which Epiq determines that the contact data Amazon provided is in what Epiq deems to be a final and approved form.

6. Within one week of Epiq making the determination that the contact data is in final and approved form, the Parties will file with the Court a status update indicating (i) the precise

STIPULATED MOTION AND ORDER RE:
EXTENSION OF TIME FOR COMPLYING
WITH THE FORM AND MANNER OF CLASS NOTICE
(2:21-CV-00693-JHC) - 2

Notice Start Date under the Notice Order, and (ii) the precise date for the 90-day deadline under the Notice Order (page 6, lines 16-17) for class members to request exclusion from the class.

IT IS SO STIPULATED.

DATED: April 14, 2026            Respectfully submitted,
                                 DAVIS WRIGHT TREMAINE LLP

                                 By: */s/John A. Goldmark*
                                 John A. Goldmark, WSBA #40980
                                 MaryAnn Almeida, WSBA #49086
                                 Emily Parsons, WSBA #57061
                                 920 Fifth Avenue, Suite 3300
                                 Seattle, WA 98104-1610
                                 Telephone: (206) 622-3150
                                 Email:  JohnGoldmark@dwt.com
                                 Email:  MaryAnnAlmeida@dwt.com
                                 Email: EmilyParsons@dwt.com

                                 DUNN ISAACSON RHEE LLP
                                 Karen L. Dunn (*pro hac vice*)
                                 William A. Isaacson (*pro hac vice*)
                                 Amy J. Mauser (*pro hac vice*)
                                 Kyle Smith (*pro hac vice*)
                                 401 Ninth Street NW
                                 Washington, DC 20004-2637
                                 Telephone: (202) 240-2900
                                 E-mail: kdunn@dirllp.com
                                 E-mail: wisaacson@dirllp.com
                                 Email:  amauser@dirllp.com
                                 E-mail: ksmith@dirllp.com

                                 Meredith Dearborn (*pro hac vice*)
                                 345 California Street, Suite 600
                                 San Francisco, CA 94104-2671
                                 Telephone:  (202) 240-2900

                                 *Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER RE:
EXTENSION OF TIME FOR COMPLYING
WITH THE FORM AND MANNER OF CLASS NOTICE
(2:21-CV-00693-JHC) - 3

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

By: */s/Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Co-Lead Counsel for the Class*

STIPULATED MOTION AND ORDER RE:
EXTENSION OF TIME FOR COMPLYING
WITH THE FORM AND MANNER OF CLASS NOTICE
(2:21-CV-00693-JHC) - 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/Alicia Cobb*
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the Class*

STIPULATED MOTION AND ORDER RE:
EXTENSION OF TIME FOR COMPLYING
WITH THE FORM AND MANNER OF CLASS NOTICE
(2:21-CV-00693-JHC) - 5

## ORDER

The Court GRANTS the Parties' stipulated motion.  Amazon's deadline to send class member information to Epiq is amended to April 28, 2026.


IT IS SO ORDERED this 15th day of April, 2026.


_____
John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE:
EXTENSION OF TIME FOR COMPLYING
WITH THE FORM AND MANNER OF CLASS NOTICE
(2:21-CV-00693-JHC) - 6