UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**ORDER SETTING DOMAIN NAME** |

**ORDER**

The Court ORDERS the domain name for Class Notice to be www.AmazonAntitrustLitigation.com.

IT IS SO ORDERED this 17th day of April, 2026.

_John H. Chun_

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER - 1
Case No. 2:21-cv-00693-JHC