UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**JOINT STATUS REPORT REGARDING CLASS NOTICE AND ORDER SETTING NOTICE SCHEDULE** |

JOINT STATUS REPORT REGARDING CLASS NOTICE
AND ORDER SETTING NOTICE SCHEDULE
Case No. 2:21-cv-00693-JHC

Pursuant to the Court's March 30, 2026 Order granting in part Plaintiffs' Motion to Approve the Form and Manner of Class Notice (Dkt. 508) (the "Notice Order") and the April 15, 2026 Order Granting the Parties' Request for an Extension of Time (Dkt. 512) (the "Extension Order"), Plaintiffs and Defendant Amazon.com, Inc. ("Amazon") (collectively, the "Parties") jointly file this Status Report regarding the production of relevant contact data for class notice, and the subsequent deadlines for the Notice Start Date and Exclusion Deadline.

Following the Extension Order, Amazon provided the relevant contact data by the April 28, 2026 deadline. Epiq reviewed the received contact data, and on May 4, 2026, deemed the received contact data to be in a final and approved form. The Parties conferred, and agreed that the Notice Start Date shall be June 1, 2026 (28 days from confirmation of data format, and compliant with the Extension Order deadline (¶ 5)), and the Exclusion Deadline shall be Monday, August 31, 2026 (91 days from the Notice Start Date, after rolling from a Sunday deadline).

Pursuant to the Court's Extension Order, ¶ 6, the Parties file this status update indicating:

(i) The date on which Epiq will begin the notice program ("Notice Start Date") is June 1, 2026; and

(ii) the deadline for class members to request exclusion from the class ("Exclusion Deadline") is August 31, 2026.

DATED: May 6, 2026.                  Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

JOINT STATUS REPORT REGARDING CLASS NOTICE
AND ORDER SETTING NOTICE SCHEDULE - 1
Case No. 2:21-cv-00693-JHC

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Co-Lead Counsel for the Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *Alicia Cobb*
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com

JOINT STATUS REPORT REGARDING CLASS NOTICE
AND ORDER SETTING NOTICE SCHEDULE - 2
Case No. 2:21-cv-00693-JHC

Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP

By: */s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice)*
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
Email:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone:  (202) 240-2900

*Attorneys for Defendant Amazon.com, Inc.*

JOINT STATUS REPORT REGARDING CLASS NOTICE
AND ORDER SETTING NOTICE SCHEDULE - 3
Case No. 2:21-cv-00693-JHC

## ORDER

The Court ORDERS the date on which Epiq will begin the notice program ("Notice Start Date") to be June 1, 2026, and the deadline for Class members to request exclusion from the Class ("Exclusion Deadline") to be August 31, 2026.

IT IS SO ORDERED this 6th day of May, 2026.

*John H. Chun*

John H. Chun
UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT REGARDING CLASS NOTICE
AND ORDER SETTING NOTICE SCHEDULE - 4
Case No. 2:21-cv-00693-JHC