UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING CERTAIN EXPERT DEPOSITIONS**<br><br>NOTE ON MOTION CALENDAR:<br>September 11, 2026 |

The Parties in the above-captioned action, by and through their respective undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

1. Amazon will produce the final transcript and exhibits from the deposition of Amazon's expert Professor Nancy A. Mathiowetz, Ph.D., which was conducted on September 1, 2026, in *FTC v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC (W.D. Wash.) ("*FTC* Action"), on September 11, 2026, after Plaintiffs serve their reply expert reports. In the event that Amazon has not received the final transcript after service of reply reports on September 11, 2026, Amazon will produce the rough transcript on September 11, 2026, and will produce the final transcript on receipt.

2. Amazon will produce the final transcript and exhibits from the deposition of Amazon's expert Professor Ashley Langer, Ph.D., which was conducted on July 22, 2026 in *The People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Court, San Francisco) ("*California* Action"), on September 11, 2026, after Plaintiffs serve their reply expert reports.

3. For the avoidance of doubt, the parties understand the "final transcript" to mean the non-rough transcript produced by the court reporter, and not the version after the expert's period to review the transcript has run. However, should the expert prepare a statement under Federal Rule of Civil Procedure 30(e) of changes in form or substance to the final transcript, that statement shall be incorporated into the officer's note and served on Plaintiffs for further treatment according to the ordinary Federal Rules.

4. Amazon may redact information contained in the transcripts or exhibits produced from the *FTC* Action or the *California* Action that does not relate to Plaintiffs' parity-related claims. To the extent Amazon redacts any material from the transcripts or exhibits produced from the *FTC* Action or the *California* Action, Amazon will identify such materials to Plaintiffs within three (3) business days of disclosure to Plaintiffs and, if necessary, the Parties will promptly meet and confer. Amazon will produce any transcripts or exhibits subject to the protective order entered in the *FTC* Action and the *California* Action and subject to the operative protective order in this

action (Dkt. 169). This agreement is without prejudice to any future agreement between the parties in *Brown v. Amazon.com, Inc.*

5. Amazon's agreement to produce the transcripts referenced in Paragraphs 1 and 2 is without prejudice to Amazon's right to object to the production of any further deposition transcripts or exhibits from depositions of its experts conducted in the *FTC* Action, the *California* Action, *Zulily, LLC v. Amazon.com, Inc.*, No. 2:23-cv-01900-JHC, or *District of Columbia v. Amazon.com, Inc.*, No. 2021 CA 1775 B (D.C. Super. Court), and to argue that expert transcripts from other matters are not discoverable in or relevant to this action.

6. By agreement of the parties reached on September 3, 2026, Plaintiffs' third-party subpoena to Prof. Langer dated August 20, 2026, was withdrawn as of September 3, 2026.

7. Plaintiffs will limit their deposition of Professor Mathiowetz in this action to three and one half hours on the record.

8. Plaintiffs will limit their deposition of Professor Langer in this action to five and one half hours on the record.

IT IS SO STIPULATED.

DATED this 11th day of September, 2026.

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*

John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP

By: /s/ William A. Isaacson
William A. Isaacson *(pro hac vice)*
Karen L. Dunn *(pro hac vice)*
Amy J. Mauser *(pro hac vice)*
Kyle Smith *(pro hac vice)*
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn *(pro hac vice)*
345 California Street, Suite 600
San Francisco, CA 94104-2671
Email: mdearborn@dirllp.com

*Attorneys for Defendant Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Steve W. Berman
Steve W. Berman, WSBA #12536
Barbara A. Mahoney, WSBA #31845
Kelly Fan, WSBA #56703
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: ajd@kellerpostman.com
Email: shane.kelly@kellerpostman.com

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: (202) 918-1123
Email: Roseann.Romano@kellerpostman.com

*Co-Lead Class Counsel for the Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Ave.
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the Class*

**ORDER**

IT IS SO ORDERED this 14th day of September, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE