UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING WORD LIMIT FOR SUMMARY JUDGMENT AND DECERTIFICATION BRIEFING**<br><br>**NOTE ON MOTION CALENDAR:** October 27, 2026 |

The parties, by and through their counsel, agree and stipulate as follows:

1. The parties agree that good cause justifies an extension of the word limit on the parties' summary judgment briefing. Courts commonly allow extended briefing in complex litigation, and the parties agree that such an extension is appropriate here.

2. The parties accordingly stipulate to and jointly propose the Court enter the following modification of the Court's word limits for summary judgment[1] briefing:

[1] This stipulated motion does not modify LCR 7(e) that "a party must not file contemporaneous dispositive motions, each one directed toward a discrete issue or claim," or any other provision of the Local Rules, and instead sets forth the expanded word count for each party's singular motion for summary judgment.

| **Brief** | **Current Word Limit (LCR 7(e)(4))** | **Proposed Word Limit** |
|---|---|---|
| Each Party's Motion for Summary Judgment | 8,400 | 14,500 |
| Each Party's Response in Opposition to Summary Judgment | 8,400 | 14,500 |
| Each Party's Reply in Support of a Motion for Summary Judgment | 4,200 | 7,250 |

3. Amazon also requests, for a motion to decertify the class, that Plaintiffs agree to a word limit of 8,400 words for Opening, 8,400 words for Opposition, and 4,200 words for Reply. Plaintiffs will agree to Amazon's requested word count limit.

IT IS SO STIPULATED.

DATED this 27th day of October, 2026

DAVIS WRIGHT TREMAINE LLP

By: *<u>/s/ John A. Goldmark</u>*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP

By: *<u>/s/ Karen L. Dunn</u>*
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice)*
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn (pro hac vice)
595 Pacific Ave. 4th Floor,
San Francisco, CA 94133
Telephone: (202) 240-2900
Email: mdearborn@dirllp.com

*Attorneys for Defendant Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman, WSBA #12536

By: */s/ Barbara A. Mahoney*
Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
Email: roseann.romano@kellerpostman.com

*Co-Lead Counsel for the Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the Class*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The word count for each party's summary judgment motion or opposition shall not exceed 14,500 words, and the word count for each party's summary judgment reply shall not exceed 7,250 words. The word count limit for any motion to decertify or opposition shall not exceed 8,400 words, and any reply shall not exceed 4,200 words.

IT IS SO ORDERED this 27th day of October, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE