UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING SEALING OF SUMMARY JUDGMENT, *DAUBERT*, AND DECERTIFICATION MOTIONS**<br><br>**NOTE ON MOTION CALENDAR: November 4, 2026** |

The Parties anticipate that briefing on the upcoming summary judgment, *Daubert*, and decertification motions, and accompanying declarations and exhibits will quote from and/or describe in detail a significant amount of information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by a Party or Nonparty. Accordingly, in order to ensure that such materials are treated appropriately under the applicable Protective Order, and to reduce burdens on the Court, the Parties, pursuant to LCR 7(d)(1) and 10(g), and their respective counsel, hereby stipulate and agree to the following procedure for filing and sealing in connection with the summary judgment, *Daubert*, and decertification motions, subject to the Court's approval.

1. Pursuant to LCR 5(g)(2), each Party will provisionally file under seal its briefs (including any opening, response, reply, and surreply request to strike briefs), declarations, exhibits, and all other evidence on which that Party relies which contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by any Party or Nonparty.

2. The deadline for filing (1) public versions of the Parties' briefing and accompanying declarations and exhibits, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3) shall be four weeks following the completion of summary judgment, *Daubert*, and decertification briefing.

3. Defendant Amazon.com, Inc. ("Amazon") shall propose sealing recommendations for (a) all Amazon sensitive information and/or information designated by Amazon under the Amended Stipulated Protective Order, Dkt. 169, contained in any summary judgment, *Daubert*, or decertification briefing and accompanying declarations and exhibits; and (b) all sensitive information and/or information designated by or pertaining to Nonparties under the Amended Stipulated Protective Order contained in any summary judgment, *Daubert*, or decertification briefing filed by Amazon in the above-captioned action, after meeting and conferring with the Nonparties regarding the need to file such sensitive or designated material under seal.

4. Plaintiffs shall propose sealing recommendations for (a) all sensitive information and/or information designated by or pertaining to Plaintiffs under the Amended Stipulated

Protective Order contained in any summary judgment, *Daubert*, or decertification briefing and accompanying declarations and exhibits; and (b) all sensitive information and/or information designated by or pertaining to Nonparties under the Amended Stipulated Protective Order, Dkt. 169, contained in any summary judgment, *Daubert*, or decertification briefing filed by Plaintiffs in the above-captioned action, after meeting and conferring with the Nonparties regarding the need to file such sensitive or designated material under seal;

5. Nonparties may make their showing as required by LCR 5(g)(3)(B) in a declaration filed with the parties' motions to seal or in a Nonparty's own response brief to a party's motion to seal filed by 21 days after the due date for the parties' motion to seal.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED November 4, 2026.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
E-mail: ajd@kellerpostman.com

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 918-1123
E-mail: Roseann.Romano@kellerpostman.com

*Co-Lead Class Counsel for the Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alicia Cobb*
Alicia Cobb, WSBA #486685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP

By: */s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, D.C. 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail: amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
595 Pacific Avenue, 4th Floor
San Francisco, CA 94133
Telephone: (415) 301-2003
E-mail: mdearborn@dirllp.com

*Attorneys for Defendant Amazon.com, Inc.*

IT IS SO ORDERED.

November 4, 2026
Dated

John H. Chun
United States District Judge